# **<u>EXHIBIT 3</u>**

building.

7.3K 👁 05:00



**Resistance News Network**

🔴 Martyr Abu Ali Mustafa Brigades (PFLP):
—

The Al-Aqsa Flood battle is the battle of the Palestinian people and all the resistance forces.

In light of the heroic scenes drawn by the heroes of resistance on our occupied lands, and the moments of pride and dignity they inaugurate, and the heroic epic they are waging, we, in the Martyr Abu Ali Mustafa Brigades, affirm the following:

1. This heroic battle marks the beginning of the defeat of this enemy and its departure from our land and will not be erased from the consciousness and sentiment of the Arab nation.
2. We declare a state of maximum alert among our fighters, and we work on the ground in several axes alongside our comrades in blood and arms.
3. We stand with our brothers in the Al-Qassam Brigades and with all the resistance forces, and we merge with them in this battle that will be recorded in history.
4. We call on all resistance forces inside and outside Palestine to take their positions in the confrontation trench that now extends throughout the region.

Glory to the martyrs and victory to the resistance.
What is coming is greater.

Martyr Abu Ali Mustafa Brigades
Occupied Palestine
7-10-2023

7.4K 👁 05:04



**Resistance News Network**

🔶 National Resistance Brigades (Martyr Omar Al-Qasim Forces):
—

The National Resistance Brigades (Martyr Omar Al-Qasim Forces),

Hamas' Political Bureau and Head of Hamas in Gaza, on the Occasion of the Ceasefire Agreement and Prisoner Exchange (3/3):

—

We also recall the brothers in Yemen, Ansar Allah—the brothers of sincerity—who overcame geographic distance, altered the equation of war and the region, launched missiles and drones at the heart of the occupation, and besieged it in the Red Sea.

*We also remember the efforts of the brothers in the Islamic Republic of Iran, who* supported our resistance *and* our people, *engaged in the battle, and struck at the heart of the entity in the two operations, The* True Promise 1 *and The* True Promise 2. *Additionally, we recall the Iraqi resistance, which* broke through all barriers *to contribute to supporting Palestine and its resistance, with their missiles and drones reaching our occupied lands.*

We salute our people and the revolutionary youth in the West Bank, especially in the heroic Jenin camp, in Al-Quds, in the occupied interior, and our people in exile and diaspora, as well as our Arab and Islamic nations.

We express our deep gratitude and appreciation to the mediators who exerted tireless efforts and engaged in multiple rounds of negotiations from day one to reach a ceasefire and end the genocide against our people. In particular, we thank our brothers in the State of Qatar and the Arab Republic of Egypt.

We also recall the illuminating stances of many countries that stood with us across various fields: our brothers in Turkey, South Africa, Algeria, Russia, China, Malaysia, Indonesia, Belgium, Spain, and Ireland, as well as the free people of the world.

We thank everyone who supported us with words, pens, voices, images, marches, demonstrations, the weapon of boycotts, political and diplomatic efforts, legal action, and by raising their voices against aggression and oppression in the region and the world. These free voices broke the conspiracy of silence, exposed the occupation's crimes against humanity in Gaza, and recognized the truth of the situation.

We now face a new phase in our steadfast Gaza: the phase of building,

We now face a new phase in our steadfast Gaza: the phase of building, consoling, removing the traces of aggression, and reconstruction. It is a phase of solidarity and compassion, where we reaffirm to the world that we are a free people who build rather than destroy, and reconstruct what the occupation ruins.

To our people in Gaza, as you were steadfast in war, so will you be steadfast after the war, as we have always known you. We are now in the phase of mercy, where we must show compassion to one another and stand united. The suffering and pain we endured were immense, but the greatness of this people is greater, and their values are even higher.

**With Allah's help first, and then with the support of our brothers, friends, and sympathizers, we are capable of rebuilding Gaza, alleviating the pain, healing the wounds, comforting the orphans, drying the tears of the afflicted, and restoring smiles to the faces from which war stole joy. As for our heroic prisoners, they are on the brink of the dawn of freedom, by Allah's will.**

 375    78    30    19    10    4    2

 2    1

 9.6K 6:20 PM

In the name of Allah, the Most Gracious, the Most Merciful.

**The enemy's continued perpetration of horrific massacres in Gaza, and its deliberate intensification of them after the ceasefire agreement, confirms its terrorist approach and thirst for bloodshed.**

In light of the horrific massacres that the criminal enemy continues to commit in various parts of the Gaza Strip, and its deliberate intensification of them after the ceasefire was announced, which led to the martyrdom of more than a hundred martyrs, including the death of entire families through the bombing of homes, tents and gatherings of citizens, the occupation confirms its terrorist and fascist approach and its thirst to continue shedding blood and committing these massacres that are added to the long series of massacres against our people.

The criminal occupation is deliberately committing these massacres in its quest to thwart the ceasefire agreement, which places the mediators at their responsibilities by pressuring the war criminal Netanyahu and his extremist fascist government to stop these massacres.

We demand that the international community, the United Nations and all concerned parties take urgent and immediate action to stop this zionist terrorism.

We call on international human rights institutions to document these unprecedented massacres in our contemporary history, in preparation for holding this criminal entity and its terrorist leaders accountable before the competent international courts.

We call on free peoples around the world to continue activities in support of our people, denouncing these massacres and zionist terrorism, and pressuring the occupation by all means to stop its aggression against our people in Gaza, Al-Quds and the West Bank.

Islamic Resistance Movement - Hamas

Friday: 17 Rajab 1446 AH
Corresponding to: 17 January 2025

 249  102  24  7  4  3  2
 1

🚨 🟢 **Hamas:**
—
In the name of Allah, the Most Gracious, the Most Merciful.

A call to the masses of our people, our nation, and the free people of the world to take global action against the plans to displace our Palestinian people.

Let the upcoming Friday, Saturday, and Sunday be a global movement against the plans for forced displacement and deportation, as <u>called for by the occupation and its supporters.</u>

We, in the Islamic Resistance Movement (Hamas), call on the masses of our people, our Arab and Islamic nations, and the free people of the world to participate in massive rallies and solidarity events in all cities and squares around the world, rejecting and condemning the plans to displace our Palestinian people from their land, and supporting and affirming their inherent and legitimate rights to defend their land, especially their right to freedom and independence, self-determination, and the removal of the occupation.

We value and praise all the global positions that support and stand in solidarity with our people in Gaza, call for stopping the aggression against them, and ending the occupation of their land. Let the upcoming Friday, Saturday, and Sunday be a global movement, where stances are mobilized, and voices are raised loudly against the plans for forced displacement and deportation, which the occupation and its supporters advocate for.

Islamic Resistance Movement (Hamas)
Wednesday, 13th of Sha'ban 1446 AH
Corresponding to: 12th of February, 2025

❤️ 196   👆 67   🔥 11   🙏 4   💯 3   🤬 2

👁 4.7K 6:45 PM

Forwarded from: 🟢 RNN Prisoners

🚨 🟢 Hamas:
—
We warn the criminal occupation against continuing its horrific crimes against our prisoners in its jails.

The occupation's crimes against our brave prisoners continue to escalate, the latest of which was the martyrdom of administrative detainee Khaled Mahmoud Qassem Abdullah (40 years old) from Jenin Camp, in Megiddo Prison.

The martyrdom of prisoner Khaled Abdullah, who had been administratively detained since November 9, 2023, and the torture and mistreatment he endured during his detention, prove the brutality of the occupation in its treatment of our prisoners, depriving them of even the most basic human rights. The ongoing policy of medical neglect which means slow execution of prisoners inside the occupation's prisons.

We warn against the continuation of this criminal policy pursued by the occupation against prisoners. We renew our call to all free people of the world, as well as human rights and legal institutions, to pressure the occupation, hold it accountable for its crimes against our people, and stand in solidarity with our prisoners as they face dire conditions.

Islamic Resistance Movement – Hamas
Monday, 03 Ramadan 1446 AH
Corresponding to 03 March 2025 CE

 173   22   9   7   6   3

👁 4.9K  2:59 PM

The summit's call for the implementation of the ceasefire agreement in Gaza as signed represents political support for the Palestinian people and pressure on the entity to prevent it from altering or obstructing the agreement.

**We emphasize the necessity of obliging the criminal enemy to respect its commitments within the ceasefire agreement. We call for unified and practical Arab steps to force its implementation, pressure for the entry of aid, relief, and shelter, and proceed with the negotiations of the second phase to move forward with the agreement's implementation.**

The summit's call for the boycott of the entity economically and politically represents a highly effective strategic path that increases the entity's isolation and forces it to comply with international and humanitarian law.

**In light of the escalating zionist campaign targeting and Judaizing Al-Aqsa Mosque, the increasing settler incursions, and the performance of their Talmudic rituals in its courtyards, we call on Arab leaders to take decisive positions in confronting the occupation's violations and to reaffirm that Al-Aqsa Mosque, the first Qibla of Muslims, is a red line and that any harm to it will anger all Muslims around the world.**

We in Hamas welcome what was stated in the summit's declaration regarding the building of Palestinian national institutions that express the aspirations of our people for freedom and independence through the holding of legislative and presidential elections as soon as possible.

We call on our Arab nations to continue supporting the steadfastness of our Palestinian people in confronting the criminal enemy and resisting its expansionist ambitions and plans for hegemony at the expense of Palestine, the countries of the region, and all its peoples.

We will remain loyal to our national cause and to the rights of our Palestinian people until the establishment of the Palestinian state with Al-Quds as its capital, by the will of Allah.

The Islamic Resistance Movement – Hamas
Tuesday: 04 Ramadan 1446 AH
Corresponding to: 04 March 2025 AD

 148    52    15    12    5    4    2

**Hamas:**
—
In the name of Allah, the Most Gracious, the Most Merciful.

We in the Islamic Resistance Movement (Hamas) welcome the convening of the extraordinary Arab summit in Cairo to discuss the dangers facing our Palestinian cause, in light of the ongoing zionist aggression and the plans of genocide and displacement that our people in Gaza, the West Bank, and Al-Quds are facing.

The convening of the Arab summit today inaugurates an advanced stage of Arab and Islamic alignment with the just Palestinian cause.

We appreciate the words of the leaders and rulers at the extraordinary Arab summit in Cairo, all of which affirmed the rejection of the occupation's plans to displace our people, the rejection of annexation and resettlement projects, and the support for our people's legitimate rights to freedom and self-determination.

We value the Arab stance rejecting attempts to displace our people or erase their national cause under any pretext or cover, and we consider it an honorable stance and a historical message that the Palestinian Nakba will not be repeated. We affirm that our people, supported by a unified Arab position, are capable of thwarting these attempts and conspiracies.

We welcome the plan for the reconstruction of Gaza, which was adopted by the Arab summit in its final statement, and we call for the provision of all necessary elements for its success. We also appreciate Egypt's efforts in preparing for an international conference for the reconstruction of Gaza.

We have repeatedly affirmed our commitment to what serves the interest of our Palestinian people in removing the effects of aggression and the war of genocide targeting our people and our land. We have also announced our support for the decision to form the Community Support Committee to follow up on relief efforts, reconstruction, and the administration of Gaza as an inseparable part of the Palestinian state.

## On Campus Action and the Unity of the Fields (1/2):

The last two weeks have seen a rise in action, primarily through campus solidarity encampments, among the Palestinian diaspora and their supporting communities abroad. Inspired by the example Columbia University students set with their Gaza Solidarity Encampment beginning April 17, campus organizations across the world have followed suit. Universities as far as Sciences-Po in France have established encampments, with groups as far and wide as the Swaziland National Union of Students offering statements of support and solidarity. In fewer than two weeks, we have seen Solidarity Encampments spread rapidly across the United States and other countries allied with the zionist entity.

**Having established this, Gaza Solidarity Encampments must undermine their geographical separation by employing proven and successful strategies to their struggle, namely the Unity of the Fields, in order to escalate from simple demands of divestment into a truly anti-colonial reality which can be imposed on western institutions.**

Solidarity Encampments have been formed out of the conscience of righteous and free people who reject being forced to contribute to the ongoing genocide of Palestinians in Gaza. This position converges naturally with that of the Palestinian people and the resistance waging the struggle on the front lines. Since the start of the zionist aggression on Gaza, the Palestinian people through their resistance have on numerous occasions declared that while international institutions are to blame for providing cover for the ongoing atrocities being committed in Gaza, it is the duty of the "free people" to rise in rejection of this status quo and act urgently to end the genocide and resolve the prisoners' struggle through their liberation.

Following this coordinated Palestinian message, and more than 200 days into the ongoing genocide, those who support Palestinian liberation began to act and, in fewer than two weeks, have taken nearly 100 university campuses by storm. Universities have been quick to escalate against anti-colonial action with dozens of schools authorizing police force to assault and arrest by the hundreds, and cancelling classes and graduations entirely. Campuses have been isolated from their communities as authorities attempt to draw a line between the student and their broader community which has the ability to multiply the impact encampments have had so far. Zionist agents and other counterrevolutionaries have attempted to sabotage these movements as well, turning these campuses from places of demonstration into true fields of confrontation.

Many student and community organizers have risen to meet these challenges head-on. Students at Columbia University responded to zionist-police violence with a call to escalate their action beyond divestment, distilling their message to genuine Palestinian liberation. They declared that they "will stop at nothing less than an end to the genocide in Gaza." Emory University has declared the goal of their encampment to be "total divestment from 'israeli' apartheid and Cop City." Cal Poly Humboldt and University of Illinois – Urbana Champaign have distinguished themselves as a model of confrontational action, with the former occupying two campus buildings and the latter using reinforced banners and signs to successfully defend against police aggression. Many encampments have closed ranks among themselves and used innovative tactics to push back against zionist-backed police violence and engage in successful de-arrest.

Regardless of the distinctions in their stated goals and tactics, all of the movements that have emerged thus far are actively confronting zionist-backed repression, and by doing so have ignited new and very real fields in the Palestinian struggle for liberation. Gaza Solidarity Encampments have the opportunity to impede the objectives of the zionist colonial project by stripping it of its investment capital and ideological backing.

 399    53     39     11     7    2     1

  1                                                                                       10.8K  2:44 PM

<u>On Campus Action and the Unity of the Fields</u> (2/2):

More importantly, they serve as a means to further the demands of the anti-colonial movement in the west beyond solely divestment (which as it pertains to fossil fuels, can and has been circumvented by financial instruments) and into the real isolation of the zionist entity from the normalization it enjoys on western university campuses. Especially in the United States, universities have deep ties to the zionist-aligned national institutions, be they defense companies or investment through endowment. As part of this project, their tendency to suppress genuine revolutionary movements inevitably creates real fields of confrontation in the struggle for Palestinian liberation.

<u>In light of the emergence of these new fields, which have been sustained through the principled refusal of some encampments to negotiate for scraps, it is imperative that other encampments hold to this principled stance, and that Gaza Solidarity Encampments adopt</u>

<u>In light of the emergence of these new fields, which have been sustained through the principled refusal of some encampments to negotiate for scraps, it is imperative that other encampments hold to this principled stance, and that Gaza Solidarity Encampments adopt and adhere to the Unity of the Fields.</u>

The Unity of the Fields is a concept championed by the Palestinian resistance through its history of waging the struggle against imperialism on multiple fronts. Despite the various ideologies, short-term objectives, and locations of the factions participating in the struggle, the crux of this philosophy is that all can work towards one common goal without being placed under the same structure of governance. Unity of the Fields does not entail establishing a bureaucracy, though groups may remain in contact with one another to coordinate operations. Rather, it leverages the instant exchange of information available to us today to take facts on the ground and purpose them as "signals." For instance, when news is confirmed that negotiations have ended between the Palestinian resistance and mediators, the resistance in Lebanon may intensify its strikes to apply pressure. When Lebanon is bombed heavily, Yemen or Iraq may respond with force.

Similarly, we must recognize that US campus authorities especially are suppressing Palestinian liberationist action as parts of one system and on the orders of the same benefactors. Columbia University took violent action against encampment participants, aiming to instill fear among students across the country. However, it backfired and led to the proliferation of new camps within hours. **<u>Gaza Solidarity Encampments must act with the same unity: When one encampment is stormed – and we all receive notice of this in real-time – other encampments must escalate their efforts in lockstep. When one encampment achieves a real victory, the others should learn from that victory, apply its lessons to their own, and leverage that victory as pressure against their own repressive administrations.</u>** In this way, 100 separate and independent encampments can act as one supersystem, erasing the spatial and temporal divide that has been imposed on them.

Gaza Solidarity Encampments did not emerge with the intention of starting a confrontation of this nature; their demands have been righteous, realistic, clear and principled. Regardless of this intention, however, confrontation has been imposed on them and they must rise to meet the challenges. We have the privilege of witnessing in real-time the most successful resistance movement of contemporary history, and with it

ground and purpose them as "signals." For instance, when news is confirmed that negotiations have ended between the Palestinian resistance and mediators, the resistance in Lebanon may intensify its strikes to apply pressure. When Lebanon is bombed heavily, Yemen or Iraq may respond with force.

Similarly, we must recognize that US campus authorities especially are suppressing Palestinian liberationist action as parts of one system and on the orders of the same benefactors. Columbia University took violent action against encampment participants, aiming to instill fear among students across the country. However, it backfired and led to the proliferation of new camps within hours. <u>**Gaza Solidarity Encampments must act with the same unity: When one encampment is stormed – and we all receive notice of this in real-time – other encampments must escalate their efforts in lockstep. When one encampment achieves a real victory, the others should learn from that victory, apply its lessons to their own, and leverage that victory as pressure against their own repressive administrations.**</u> In this way, 100 separate and independent encampments can act as one supersystem, erasing the spatial and temporal divide that has been imposed on them.

Gaza Solidarity Encampments did not emerge with the intention of starting a confrontation of this nature; their demands have been righteous, realistic, clear and principled. Regardless of this intention, however, confrontation has been imposed on them and they must rise to meet the challenges. We have the privilege of witnessing in real-time the most successful resistance movement of contemporary history, and with it a blueprint for how we can operate to achieve success. Without uniting the fields, individual encampments can be isolated and picked off, and the disgusting status quo which leaves blood on the hands of university administration maintained. <u>**With Unity of the Fields, we combat an oppressive system with a liberationist system, undermining illusory divisions while increasing the cost of sponsoring genocide in Gaza.**</u>

 438   68   37   100 32   22   3   2

 2   1   1

11.3K  2:46 PM