# **<u>EXHIBIT 4</u>**

https://pflp.ps/post/24085/%D8%A7%D9%84%D8%AC%D8%A8%D9%87%D8%A9-%D8%A...

... الجبهة الشعبية لتحرير فلسطين تستنكر الممارسات القمعية لإدارة جامعات الولايات المتحدة.. وتؤكد دعمها لنضال حركة الطلبة من

Case 1:25-cv-02400-JAV   Document 1-4   Filed 03/24/25   Page 2 of 4





الرئيسية  /  تصريحات الجبهة الشعبية



## الجبهة الشعبية لتحرير فلسطين تستنكر الممارسات القمعية لإدارة جامعات الولايات المتحدة.. وتؤكد دعمها لنضال حركة الطلبة من أجل نصرة فلسطين

23 ابريل 2024 | 22:28

في الوقت الذي تتواصل فيه حرب الإبادة الجماعية بحق شعبنا الفلسطيني الأعزل في قطاع غزة، والممارسات الوحشية الصهيونية في القدس والضفة الغربية. التي ينفذها جيش الاحتلال الصهيوني بشراكة ودعم وتواطؤ الإدارة الأميركية والدول الاستعمارية الغربية، متحالفةً مع كل قوى الشر والطغيان في العالم. ويستمر جيش الاحتلال وعلى مدى أكثر من 200 يوم حتى الآن في ارتكاب المجازر والجرائم الوحشية، التي لم يشهد التاريخ البشري لها مثيلاً من قبل.

وفي الوقت الذي يقف فيه كل محبي السلام في العالم إلى جانب الشعب الفلسطيني في نضاله العادل، من أجل استعادة حقوقه المغتصبة، ويتبدى فيه بشكلٍ جلي الوجه القبيح للعنصرية الصهيونية.

وفي حين كان يتطلع فيه طلبتنا في الجامعات الأميركية إلى الدعم والتضامن من قبل إدارة الجامعات التي غلَّبت مصالحها وأرباحها واستثماراتها على القيم الإنسانية النبيلة. وأقدمت على اتخاذ عدد من الإجراءات العقابية بحق الطلبة والهيئة التدريسية والموظفين، وتهديدهم وابتزازهم، لا لشيء إلا لأنهم يقفون إلى جانب الشعب الفلسطيني ويدعمون كفاحه العادل من أجل الحرية والكرامة الإنسانية. تلك الإدارات التي تغلب مصالحها على حساب الدم الفلسطيني والقيم الإنسانية، وانخرطت في خطابات الكراهية ضد العرب والمسلمين وألغت تراخيص منظمات الطلبة متوهمةً أنها بذلك قادرة على قمع نضال طلبتنا في الجامعات داخل الولايات المتحدة.

إننا في الجبهة الشعبية لتحرير فلسطين، ومعنا كل أبناء شعبنا وشرفاء أمتنا والعالم نؤكد دعمنا الثابت لنضال الطلبة والحراكات الطلابية والشبابية من أجل العدالة في فلسطين (SJP) وحركة الشباب الفلسطيني (PYM) في جامعات كولومبيا، روتجرز، يال، ستانفورد، وغيرها. فإننا ندعو إلى تعزيز وحدة الطلبة ونضالهم من أجل سحب استثمارات الجامعات الأميركية من الكيان الصهيوني، وقطع كل أشكال العلاقات معها.

إننا إذ نثمن عالياً مواقف وتحركات ونضال طلبتنا في الجامعات الأميركية، وندعو إلى تصعيد نضالها في مواجهة السياسات العدوانية، ورفض الانصياع للسياسات المنحازة إلى جانب الاحتلال. وندعو إلى رص الصفوف وتعزيز وحدة الطلبة. كما نثمن عالياً المواقف المتضامنة والداعمة لنضال شعبنا في مختلف الجامعات الأميركية وحول العالم، وكل المناضلين من أجل الحرية والعدالة والكرامة الإنسانية .

الجبهة الشعبية لتحرير فلسطين
دائرة الإعلام المركزي
23 نيسان / ابريل 2024



The Popular Front for the Liberation of Palestine denounces the repressive practices to manage the universities of the United States. It confirms its support for the struggle of the student movement in order to support Palestine

April 23, 2024 | 22:28

At a time when the war of genocide continues against our defenseless Palestinian people in the Gaza Strip, and the Zionist brutal practices in Jerusalem and the West Bank. Which is implemented by the Zionist occupation army in the partnership, support and collusion of the American administration and Western colonial countries, allied with all the forces of evil and tyranny in the world. The occupation army continues over more than 200 days so far in committing massacres and brutal crimes, which human history has not seen before.

At a time when all the fans of peace in the world stand by the Palestinian people in their just struggle, in order to restore their usurped rights, and it is clearly evident as the ugly face of the Zionist racism.

While our students in American universities were looking forward to support and solidarity by the administration of universities, whose interests, profits, and investments have dominated the noble human values. It took a number of punitive measures against students, the teaching staff and employees, and threatening and extorting them, for nothing but because they stand by the Palestinian people and support their fair struggle for freedom and human dignity. Those departments that prevail over their interests at the expense of Palestinian blood and human values, and were involved in the speeches of hatred against Arabs and Muslims, and the licenses of student organizations abolished that they are thus able to suppress the struggle of our students in universities within the United States.

We are at the Popular Front for the Liberation of Palestine, and with us all our people and the honorable nation and the world we confirm our steadfast support for the struggle of students and student and youth movements for justice in Palestine (SJP) and the Palestinian Youth Movement (PYM) in Colombia universities, Rutgers, Yal, Stanford, and others. We call for strengthening the unity and struggle of students in

The Popular Front for the Liberation of Palestine
Central Media Department
April 23 / April 2024

students in American universities, and we call for an escalation of their struggle in the face of aggressive policies, and refuse to submit to biased policies alongside the occupation. We call for the grades and strengthening the unity of the students. We also appreciate the solid and supportive positions of the struggle of our people in various American universities and around the world, and all the militants for freedom, justice and human dignity.



**Khamenei.ir**
@khamenei_ir

Western governments say the Resistance Front is terrorism. This comes at a time when people flew Hezbollah's flag in a street in the US. The people of the world are supporting the Resistance Front because they are resisting & because they are against oppression.



Wall Street, New York
15/04/2024

9:45 AM · Apr 24, 2024 · **475.9K** Views

712    1.5K    5.6K    183