# **EXHIBIT 5**

شماره ۲۰/۱٤٥٩/٦٦٥٤٠١٦/س
تاریخ ۱۴۰۲/۱۲/۲۱
پیوست ندارد
ارجحیت آنی
طبقه‌بندی خیلی محرمانه

بسمه تعالی
جمهوری اسلامی ایران

سپاه پاسداران انقلاب اسلامی
سازمان اطلاعات

**جناب آقای سرهنگ محمد ساجدی-فر**
**معاون فرهنگی و عملیات روانی سپاه**

**موضوع: حمایت و تشویق اقدامات فلسطینی در جهت انزوای سیاسی رژیم صهیونیست**

اللّٰهُمَّ صَلِّ عَلَی مُحَمَّدٍ وآلِ مُحَمَّدٍ وعَجِّلْ فَرَجَهُمْ

با سلام و احترام، با توجه به تحولات اخیر در مسئله فلسطین اشغالی و تاثیرات روانی عملیات "طوفان الأقصی" بر جوامع فلسطینی در کشورهای اروپائی و آمریکا، مقرر شد اقدامات حمایتی قابل توجهی از راهپیمایی های 15 آوریل و غیر منظور را با هدف منجر به انزوای سیاسی انجام شود.

**سرتیپ پاسدار محمد کاظمی**
**معاون فرمانده کل و رئیس سازمان اطلاعات سپاه**

سرتیپ پاسدار مهدی سیاری
جانشین سازمان اطلاعات