AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| IRIS WEINSTEIN HAGGAI, on her own behalf and on behalf of JUDY LYNNE WEINSTEIN and GAD HAGGAI, JOHN DOE, RICHARD ROE, JANE MOE, SHLOMI ZIV, AYELET SAMERANO, on her own behalf and on behalf of YONATAN SAMERANO, TALIK GVILI, on her own behalf and on behalf of RAN GVILI, ROEE BARUCH, on his own behalf and on behalf of URIEL BARUCH, and JAMES POE, on his own behalf and on behalf of LEO POE,<br><br>*Plaintiff(s)*<br>v.<br>NERDEEN KISWANI, individually and as the representative of WITHIN OUR LIFETIME-UNITED FOR PALESTINE, MARYAM ALWAN, individually and as the representative of COLUMBIA STUDENTS FOR JUSTICE IN PALESTINE, CAMERON JONES, individually and as the representative of COLUMBIA-BARNARD JEWISH VOICE FOR PEACE, and MAHMOUD KHALIL, individually and as the representative of COLUMBIA UNIVERSITY APARTHEID DIVEST, COLUMBIA STUDENTS FOR JUSTICE IN PALESTINE, and COLUMBIA-BARNARD JEWISH VOICE FOR PEACE,<br><br>*Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attached.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   GREENBERG TRAURIG, LLP
Scott J. Bornstein, Esq., bornsteins@gtlaw.com
Richard Edlin, Esq., edlinr@gtlaw.com
One Vanderbilt Avenue
New York, New York 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Nerdeen Kiswani:

Nerdeen Kiswani, individually and as the representative of Within Our Lifetime-United for Palestine
202 Spring Street, Apt 5
New York, NY 10012

- or –

11 Motley Avenue
Staten Island, New Yokr 10314

Maryam Alwan:

Maryam Alwan, individually and as the representative of Columbia Students for Justice in Palestine
5626 McKinley Lane
Charlottesville, VA 22903

Cameron Jones:

Cameron Jones, individually and as the representative of Columbia-Barnard Jewish Voice for Peace
Sunrise Movement
712 H Street NE Unit #626
Washington, DC 20002

Mahmoud Khalil:

Mahmoud Khalil, individually and as the representative of Columbia University Apartheid Divest, Columbia Students for Justice in Palestine,  and Columbia-Barnard Jewish Voice for Peace
La Salle Detention Facility
Central Louisiana ICE Processing Center
830 Pinehill Rd, Jena, LA 71342