UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRIS WEINSTEIN HAGGAI, on her own behalf and on behalf of JUDY LYNNE WEINSTEIN and GAD HAGGAI, JOHN DOE, RICHARD ROE, JANE MOE, SHLOMI ZIV, AYELET SAMERANO, on her own behalf and on behalf of YONATAN SAMERANO, TALIK GVILI, on her own behalf and on behalf of RAN GVILI, ROEE BARUCH, on his own behalf and on behalf of URIEL BARUCH, and JAMES POE, on his own behalf and on behalf of LEO POE,<br><br>                                Plaintiffs,<br><br>- against -<br><br>NERDEEN KISWANI, individually and as the representative of WITHIN OUR LIFETIME-UNITED FOR PALESTINE, MARYAM ALWAN, individually and as the representative of COLUMBIA STUDENTS FOR JUSTICE IN PALESTINE, CAMERON JONES, individually and as the representative of COLUMBIA-BARNARD JEWISH VOICE FOR PEACE, and MAHMOUD KHALIL, individually and as the representative of COLUMBIA UNIVERSITY APARTHEID DIVEST, COLUMBIA STUDENTS FOR JUSTICE IN PALESTINE, and COLUMBIA-BARNARD JEWISH VOICE FOR PEACE,<br><br>                                Defendants. | Case No.:<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Leave to Proceed Under Pseudonym, and all the pleadings and proceedings herein, Plaintiffs, by and through undersigned counsel, will move this Court pursuant to Rule 10(a) of the Federal Rules of Civil Procedure and the Court's discretion for an order

1

permitting John Doe, Richard Roe, Jane Moe, James Poe, and Leo Mo.e to proceed under a pseudonym in this action, and for such other relief as the Court deems just and proper.

  PLEASE TAKE NOTICE that pursuant to Local Civil Rule 6.1(b), any answering papers shall be served within fourteen days after service of the moving papers, and any reply papers shall be served within seven days after service of the answering papers.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated:    March 24, 2025

                                                  Respectfully submitted,

| /s/ Scott Bornstein | /s/ Richard A. Edlin |
|---|---|
| SCOTT J. BORNSTEIN | RICHARD A. EDLIN |

| **GREENBERG TRAURIG, LLP** | **HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC** |
|---|---|
| SCOTT J. BORNSTEIN | JASON TORCHINSKY* |
| bornsteins@gtlaw.com | jtorchinsky@holtzmanvogel.com |
| RICHARD A. EDLIN | SUSAN GREENE |
| edlinr@gtlaw.com | sgreene@holtzmanvogel.com |
| One Vanderbilt Avenue | N.Y. Bar No. 4687349 |
| New York, New York 10017 | 2300 N. Street NW, Suite 643 |
| T. 212.801.9200 | Washington D.C. 20037 |
|  | T. 202.737.8808 |

**GREENBERG TRAURIG, P.A.**
ZACHARY NEEDELL*
zachary.needell@gtlaw.com
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
T. 954.765.0500

**NATIONAL JEWISH ADVOCACY CENTER**
MARK GOLDFEDER*
mark@njaclaw.org
BEN SCHLAGER*
ben@njaclaw.org
ANAT ALON-BECK*
Anat@njaclaw.org
ARIELLE F. KLEPACH*
Arielle@njaclaw.org
LAUREN ISRAELOVITCH
lauren@njaclaw.org
National Jewish Advocacy Center, Inc.
International Legal Forum
1718 General George Patton Drive
Brentwood, TN 37027
T. (800) 269-9895
F: (800) 758-5232

**SCHOEN LAW FIRM, LLC**
DAVID SCHOEN
N.Y. Bar No. 2700847
schoenlawfirm@gmail.com
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
T. 334.395.6611
F. 917.591.7586

*Pro Hac Vice Application Forthcoming*