AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Iris Weinstein Haggai et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-02400-JAV |
| Nerdeen Kiswani, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs .

Date:   03/31/2025

/s/ David I. Schoen
*Attorney's signature*

David I. Schoen (DS 0860)
*Printed name and bar number*
2800 Zelda Road
Suite 100-6
Montgomery, AL 36106

*Address*

Schoenlawfirm@gmail.com
*E-mail address*

(917) 941-7952
*Telephone number*

(917) 591-7586
*FAX number*