AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Iris Weinstein Haggai et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:25-cv-02400 |
| Nerdeen Kiswani et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date:   04/02/2025

*Attorney's signature*

Susan Greene N.Y. Bar No. 4687349
*Printed name and bar number*

2300 N. Street NW, Suite 643

Washington D.C. 20037

*Address*

sgreene@holtzmanvogel.com
*E-mail address*

(202) 737-8808
*Telephone number*

(540) 341-8809
*FAX number*