UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRIS WEINSTEIN HAGGAI, on her own behalf and on behalf of JUDY LYNNE WEINSTEIN, ET AL

CIVIL ACTION NO.: 1:25-CV-02400-JAV

vs

Plaintiff

NERDEEN KISWANI, individually and as the representative of WITHIN OUR LIFETIME UNITED FOR PALESTINE, ET AL

Defendant

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and resides in the state of Louisiana.

That on 04/01/2025 at 9:05 AM at La Salle Detention Facility, Central Louisiana ICE Processing Center, 830 Pinehill Rd, Jena, LA 71342

undersigned served a(n) Summons in a Civil Action and Civil Cover Sheet, Jury Trial Demanded Complaint with Exhibits 1-5, Notice of Motion, Memorandum of Law in Support of Plaintiffs' Motion for Leave to Proceed Under Pseudonym, Appearance of Counsel, Individual Rules and Practices in Civil Case of Honorable Jeannette A. Vargas, United States District Judge

on Mahmoud Khalil, individually;
on Mahmoud Khalil, as the representative for Columbia University Apartheid Divest;
on Mahmoud Khalil, as the representative of Columbia Students for Justice in Palestine; and
on Mahmoud Khalil, as the representative of Columbia-Barnard Jewish Voice for Peace

by delivering a true copy of each to said defendant personally;

undersigned knew the person so served to be the person described as said defendant therein.

Description of Person Served Based on Undersigned's Perception:
Gender: Male
Race: Middle Eastern
Hair: Dark Brown/Black
Age: 22 - 35 Yrs.
Height: 5' 4" - 5' 8"
Weight: 161-200 Lbs.
Other:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: 4-9-25

Johnny Ray Smith
Inv Lic# 9130-051817-LA

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160