**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IRIS WEINSTEIN HAGGAI, on her own behalf and on behalf of JUDY LYNNE WEINSTEIN, ET AL | CIVIL ACTION NO.: 1:25-CV-02400-JAV |
| vs | *Plaintiff* |
| NERDEEN KISWANI, individually and as the representative of WITHIN OUR LIFETIME UNITED FOR PALESTINE, ET AL | |
| | *Defendant* |

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and resides in the state of Virginia,

That on **03/26/2025** at **5:20 PM** at **5626 McKinley Lane, Charlottesville, VA 22903**

undersigned served a(n) **Summons in a Civil Action and Civil Cover Sheet, Jury Trial Demanded Complaint with Exhibits 1-5, Notice of Motion, Memorandum of Law in Support of Plaintiffs' Motion for Leave to Proceed Under Pseudonym, Appearance of Counsel, Individual Rules and Practices in Civil Case of Honorable Jeannette A. Vargas, United States District Judge**

on **Maryam Alwan, individually and as the representative of Columbia Students for Justice in Palestine**,

by delivering thereat a true copy of each to **"John Doe" (Refused to give name) (Father)** a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state.

Within 20 days of such delivery, undersigned mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's last known residence at **5626 McKinley Lane, Charlottesville, VA 22903**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **03/28/2025**

<u>Description of Person Served Based on Undersigned's Perception:</u>
Gender: Male
Race: Middle Eastern
Hair: Gray
Age: 51 - 65 Yrs.
Height: 5' 9" - 6' 0"
Weight: 161-200 Lbs.
Other: Goatee

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: 04/09/2025

Wayne Tonker

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160