AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Haggai et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-2400 |
| Kiswani et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Maryam Alwan                                                                                                          .

Date:   04/23/2025                                                                    /S/ Joseph Pace
                                                                                              *Attorney's signature*

                                                                                              Joseph Pace
                                                                                    *Printed name and bar number*
                                                                                         J. Pace Law, PLLC
                                                                                         30 Wall Street, 8th Fl
                                                                                         New York, NY 10005

                                                                                                 *Address*

                                                                                          jpace@jpacelaw.com
                                                                                              *E-mail address*

                                                                                            (917) 336-3948
                                                                                            *Telephone number*

                                                                                                *FAX number*