AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Iris Weinstein Haggai et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-02400 |
| Nerdeen Kiswani et al., ) | |
| *Defendant* ) | |

**AMENDED APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 04/29/2025

/s/ Lauren Israelovitch
*Attorney's signature*

Lauren Israelovitch, N.Y. Bar No. 5028980
*Printed name and bar number*

National Jewish Advocacy Center, Inc.
3 Times Square
New York, NY 10036
*Address*

lauren@njaclaw.org
*E-mail address*

(800) 269-9895
*Telephone number*

(800) 758-5232
*FAX number*

[Print]   [Save As...]   [Reset]