UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRIS WEINSTEIN HAGGAI, on her own behalf and on behalf of JUDY LYNNE WEINSTEIN, *et al.*,

                Plaintiffs,

- against -

NERDEEN KISWANI, individually and as the representative of WITHIN OUR LIFETIME – UNITED FOR PALESTINE, *et al.*,

                Defendants.

Case No.: 1:24-cv-02400-JAV

**AFFIRMATION OF SERVICE**

I, Lawrence Smith, hereby declare as follows:

1. I am over 18 years old and not a party to this action.

2. On May 2, 2025, at approximately 10:00am, at Pennsylvania Station in New York City, I served the Summons in a Civil Action, Civil Cover Sheet, Complaint and Exhibits 1-5, Notice of Motion and Memorandum of Law in Support of Plaintiffs' Motion for Leave to Proceed Under Pseudonym, Appearance of Counsel of Scott J. Bornstein, and the Individual Rules and Practices in Civil Cases of Honorable Jeannette A. Vargas, United States District Judge, on defendant Nerdeen Kiswani, individually and as the representative of Within Our Lifetime – United for Palestine.

3. I made service by personally delivering a true and correct copy of each of the foregoing documents to Jonathan Wallace, defendant Kiswani's attorney in the above-captioned action, whom defendant Kiswani appointed as her agent for receiving service of process solely for the above-captioned action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 5, 2025
New York, New York

_____
Lawrence Smith