

Hadsell Stormer Renick & Dai LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103
T: 626.585.9600

May 26, 2025

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

    Re: *Haggai et al. v. Kiswani et al.*, 25-cv-02400 (JAV)

Dear Judge Vargas:

    Pursuant to the Court's Individual Rules and Practices in Civil Cases, Rule 3(E), the Parties jointly ask this Court to vacate Defendants' deadline to file responsive pleadings, which is presently set for May 30, 2025 per ECF Doc. 28 entered April 29, 2025.

    Plaintiffs intend to amend their complaint by May 29, 2025. As such, per Federal Rule of Civil Procedure 15(a)(3), the parties request the current motions deadline of May 30 be vacated and reset for 14 days after Plaintiffs' anticipated amended pleading filing date, to June 12.

    The parties jointly request the following amended briefing schedule:

| | |
|---|---|
| Motions to Dismiss: | due by June 12, 2025. |
| Oppositions: | due 45 days thereafter. |
| Replies: | due 14 days after oppositions. |

    There are no appearances scheduled or other deadlines set in this case. The Parties previously requested to continue the responsive pleading deadline to allow Defendants sufficient time to evaluate Plaintiffs' allegations. The Court granted that request. This is the Parties' first request to vacate the responsive pleading deadline in its entirety, and thus no previous request of this nature has been granted or denied.

    Respectfully submitted,

HADSELL STORMER RENICK & DAI LLP
Dan Stormer
Bina Ahmad
Attorneys for Columbia-Barnard Jewish Voice for Peace