

Richard A. Edlin
Vice Chairman
Tel 212.801.9200
Fax 212.801.6400
edlinr@gtlaw.com

May 29, 2025

**VIA ECF**

Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Haggai et al. v. Kiswani et al.*, 1:25-cv-02400-JAV

Dear Judge Vargas:

    We represent the Plaintiffs in the above-referenced action. Pursuant to Rule 2.C of the Court's Individual Rules and Practices in Civil Cases, we enclose a redline comparing the Complaint (ECF No. 1) with the Amended Complaint, filed contemporaneously herewith.

        Respectfully submitted,

        */s/ Richard A. Edlin*
        Richard A. Edlin