

Richard A. Edlin
Vice Chairman
Tel 212.801.9200
Fax 212.801.6400
edlinr@gtlaw.com

June 18, 2025

**VIA ECF**

Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Haggai et al. v. Kiswani et al.*, 1:25-cv-02400-JAV

Dear Judge Vargas:

    We write on behalf of Plaintiffs in response to the Order dated June 18, 2025. (ECF No. 48.) Plaintiffs do not oppose Defendants' application regarding the word count for their motions to dismiss the Amended Complaint. (ECF No. 47.)

                            Respectfully submitted,

                            /s/ *Richard A. Edlin*
                            Richard A. Edlin