UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------------x
 IRIS WEINSTEIN HAGGAI, on her own behalf
 and on behalf of JUDITH LYNNE WEINSTEIN HAGGAI and
GAD HAGGAI, JOHN DOE, RICHARD ROE, JANE MOE, SHLOMI ZIV,
AYELET SAMERANO, on her own behalf and on behalf of YONATAN
 SAMERANO, TALIK GVILI, on her own behalf and on behalf of
RAN GVILI, ROEE BARUCH, on his own behalf and on behalf of
URIEL BARUCH, and JAMES POE, on his own behalf and on behalf of
LEO POE,

                                                    Plaintiffs,

                      against                          Case No. 1:25-cv-02400
                                                    Hon. Jeannette A. Vargas

NERDEEN KISWANI, individually and as the representative of
WITHIN OUR LIFETIMEUNITED FOR PALESTINE,
MARYAM ALWAN, individually and as the representative of
COLUMBIA STUDENTS FOR JUSTICE IN PALESTINE,
CAMERON JONES, individually and as the representative of
COLUMBIABARNARD JEWISH VOICE FOR PEACE,
 and MAHMOUD KHALIL, individually and as the representative
of COLUMBIA UNIVERSITY APARTHEID DIVEST,
 COLUMBIA STUDENTS FOR JUSTICE IN PALESTINE,
and  COLUMBIA-BARNARD JEWISH VOICE FOR PEACE,

                                            Defendants.
-------------------------------------------------------------------------------------x

### DECLARATION IN SUPPORT OF MOTION TO DISMISS

I, Jonathan Wallace, do hereby declare as follows:

1. I am an attorney admitted to practice in New York and in the Southern District of New York. I am counsel to defendant Nerdeen Kiswani, and submit this declaration in support of the Defendants' motion to dismiss.

2. In the interest of efficiency, Ms. Kiswani respectfully joins and adopts the portions of co-Defendants' briefs that address Plaintiff's general allegations and causes of action. Ms. Kiswani also joins and adopts co-Defendant Columbia-Barnard Jewish Voice for

Peace's Motion to Dismiss in its entirety.

3. Having reviewed this declaration, I declare, under penalty of perjury, that the foregoing is true and correct.

DATED: Amagansett, NY
June 19, 2025

/s/ Jonathan Wallace
Jonathan Wallace, Esq.
PO #728
Amagansett NY 11930
917-359-6234
jonathan.wallace80@gmail.com
Counsel for Defendant Kiswani