UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAGGAI *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> KISWANI *et al.*, <br><br> *Defendants*. | Case No. 25-cv-02400-JAV |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law dated June 19, 2025, and the pleadings had herein, Defendant Maryam Alwan, in her individual and representative capacities, by and through her undersigned counsel, will move this Court, before the Honorable Jeannette A. Vargas, at the United States Courthouse, Southern District of New York, 500 Pearl Street, Room 703, New York, NY 10007, on a date and a time to be set by the Court, to dismiss this action for failure to effect proper service pursuant to Federal Rule of Civil Procedure 12(b)(5), for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(2), and for lack of subject matter jurisdiction over the Alien Tort Statute (terrorism) claim pursuant to Federal Rule of Civil Procedure 12(b)(1).

Dated: June 19, 2025
      New York, NY

                                        Respectfully submitted,

                                        /S/  Joseph Pace
                                        J. PACE LAW, PLLC
                                        30 Wall Street, 8th Floor
                                        New York, NY 10005
                                        Tel: (917) 336-3948
                                        jpace@jpacelaw.com

To: All counsel of record (via ECF)