## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAGGAI *et al.*,<br><br>                                   *Plaintiffs*,<br><br>            v.<br><br>KISWANI *et al.*,<br><br>                                   *Defendants*. | No. 25-Civ-2400(JV) |

I, Joseph Pace, declare pursuant to 28 U.S.C. § 1746 as follows:

1.   I am counsel of record for Defendant Maryam Alwan in the above-captioned action and submit this declaration in support of her motion to dismiss the Amended Complaint.

2.   Attached hereto are true and correct copies of the following documents:

    a.   **Exhibit 1**. Congressional Research Service, "Israel and Hamas October 2023 Conflict: Frequently Asked Questions (FAQs)," R47754 (Oct. 20, 2023).

    b.   **Exhibit 2.** Congressional Research Service, "Israel and Hamas Conflict in Brief," R47828 (Oct. 4, 2024).

    c.   **Exhibit 3**. Application Instituting Proceedings, *South Africa v. Israel* (filed Dec. 29, 2023), International Court of Justice.

    d.   **Exhibit 4**. World Food Program, "New Gaza Food Security Assessment Sees Famine Risk Persisting Amid Ongoing Fighting and Restricted Aid Operations" (Oct. 17, 2024).

e.  **Exhibit 5**. Zeina Jamaluddine *et al*., "Traumatic Injury Mortality in the Gaza Strip from Oct 7, 2023, to June 30, 2024: A Capture–Recapture Analysis," THE LANCET, Volume 405, Issue 10477, 469-477 (Feb. 8, 2025).

f.  **Exhibit 6**. "Gaza Death Toll Has Been Significantly Underreported, Study Finds," CNN (Jan. 9, 2025).

g.  **Exhibit 7.** Affidavit of Maryam Alwan dated March 11, 2024, *Columbia SJP v. Columbia*, No. 152220/2024 (filed Mar. 11, 2024) (NYSCEF Doc. No. 3).

h.  **Exhibit 8.** Charles Asher Small *et al.*, "Antisemitism Violent Extremism and the Threat to North American Universities: The Contextualization of the National Students for Justice in Palestine," Institute for the Study of Global Antisemitism and Policy (pages 12-13) (Oct. 2019).

i.  **Exhibit 9.** Arno Rosenfeld, "The Secret History and Uncertain Future of Students for Justice in Palestine," FORWARD (Dec. 20, 2023).

j.  **Exhibit 10**. Dion Pierre, "Ilhan Omar Silent After Daughter's Arrest, Suspension for Role in Columbia University Anti-Israel Protest," THE ALGEMEINER (Apr. 19, 2024).

k.  **Exhibit 11**. Joe Marino, *et al.*, "Wife of Convicted Terrorist Sami Al-Arian Was Hanging Out at Columbia Encampment Before Dramatic Raid," NEW YORK POST (May 1, 2024).

l.  **<u>Exhibit 12</u>**. JB Nicholas, "Complete List and Profiles of All Protesters Arrested Inside Hamilton Hall at Columbia University," THE FREELANCE (last visited June 19, 2025).

Dated: June 19, 2025
      New York, NY

Respectfully submitted,

/S/  Joseph Pace
J. PACE LAW, PLLC
30 Wall Street, 8th Floor
New York, NY 10005
Tel: (917) 336-3948
jpace@jpacelaw.com