

Advertisement     Ad Feedback

 **World**  Africa   Americas   More ⌄     ▶ Watch   🎧 Listen   ● Live TV   🔍   Sign in

World / Middle East

# Gaza death toll has been significantly underreported, study finds

By Sophie Tanno, CNN
⏱ 3 minute read · Published 6:30 PM EST, Thu January 9, 2025



The body of an 18-month-old is carried by her uncle for burial in the aftermath of an Israeli airstrike in Khan Younis, southern Gaza Strip, on December 5. Abdel Kareem Hana/AP

**(CNN)** — The number of people killed in Gaza is significantly higher than the figure reported by authorities in the enclave, a peer-reviewed study by researchers from a leading health research university in the UK has found.

According to findings announced by the London School of Hygiene & Tropical Medicine (LSHTM) and published in The Lancet journal, there were an estimated 64,260 "traumatic injury deaths" in Gaza between October 7, 2023 and June 30, 2024. The Palestinian Ministry of Health in Gaza put the figure at 37,877 at the time.

**MORE FROM CNN**

 Dozens killed by Israeli fire as they sought desperately needed aid in Gaza, Palestinian health ministry says

 'Like the world has forgotten us:' As Iran-Israel conflict escalates, Gazans fear their suffering will become invisible

 Iranian strikes expose bomb shelter shortage for Palestinian towns inside Israel



Advertisement

This means the ministry has underreported the death toll due to violence by approximately 41%, the researchers found. As of October, the number of Gazans killed by violence was thought to exceed 70,000, the study said, based on the estimated underreporting rate.

The total death toll attributable to Israel's military campaign is likely to be higher still, it said, as its analysis doesn't account for deaths caused by disruption to health care, insufficient food, clean water and sanitation, and disease outbreaks.

The health ministry's figure stood at 45,885 on January 7. A further 109,196 have been injured. In general, the ministry reaches its figures by counting the corpses of those killed.


Women mourn their relatives killed by Israeli bombardment outside the Aqsa Martyrs hospital in Deir el-Balah on January 5. Eyad Baba/AFP/Getty Images

LSHTM said the findings suggest that around 3% of the enclave's population has died due to violence, 59% of whom were women, children, and the elderly.


Advertisement     Ad Feedback

**NEWS & BUZZ**


Trump's intel chief Tulsi Gabbard is 'off-message' and out of favor, sources tell CNN


How a leaked phone call between a former strongman and a young leader could topple a government


Trump's riffing ahead of a wrenching national security decision has serious drawbacks

Advertisement

The discrepancy with the ministry's figures reflects the destruction of Gaza's healthcare infrastructure and therefore its inability to accurately count the dead amid Israel's ongoing bombardment of the enclave, the LSHTM said.

Researchers analyzed data from multiple sources, including the health ministry's hospital morgue records, a respondent-driven online survey and obituaries on social media.

They arrived at estimated figures using a statistical method known as 'capture-recapture analysis,' which is used when not all of the relevant data is recorded.

Zeina Jamaluddine, lead author at LSHTM, said the results "underscore the urgent need for interventions to safeguard civilians and prevent further loss of life."

Israel's 14-month war in Gaza, launched in response to Hamas' October 7 attack, has decimated large swathes of the enclave and destroyed key healthcare infrastructure while placing an enormous strain on hospitals that remain functional.

Advertisement

Last month, a report from Human Rights Watch (HRW) found that Israel had deliberately been depriving Palestinians in Gaza of access to clean water, which has fueled the spread of disease and caused deaths likely in the thousands.

The scale of the devastation caused by a lack of water may likely never be fully understood, HRW warned, due to the decimation of Gaza's health care system including disease tracking.

HRW and Amnesty International have both accused Israel of committing genocide against Palestinians in Gaza, which Israel strongly denies. Israel has also been taken to the UN's top court, the International Court of Justice, on allegations of genocide.

Earlier this week, a Palestinian newborn died from hypothermia in Gaza, bringing the total number of babies killed by low temperatures and a lack of access to warm shelters in recent weeks to at least six.

Eight people in total have died of hypothermia, according to health officials in the enclave, including a 2-year-old toddler and a nurse.

Aid group Médecins Sans Frontières said on Wednesday that three hospitals

in Gaza, Nasser hospital, Al-Aqsa hospital and European Gaza hospital, are on the verge of closure due to a lack of fuel. "This situation is threatening the lives of hundreds of patients, including newborns, who depend on electricity to stay alive," it said.

CNN's Abeer Salman contributed to this report.

## Up next

Dozens killed by Israeli fire as they sought desperately needed aid in Gaza, Palestinian health ministry says
4 minute read


'Like the world has forgotten us:' As Iran-Israel conflict escalates, Gazans fear their suffering will become invisible
5 minute read


Iranian strikes expose bomb shelter shortage for Palestinian towns inside Israel
6 minute read


'It feels like a missile is following me': Iranians say daily life filled with fear and distrust
4 minute read


Iran launches barrage of missiles at Israel following attack
3 minute read


## Most read

1  Trump's intel chief Tulsi Gabbard is 'off-message' and out of favor, sources tell CNN

2  How a leaked phone call between a former strongman and a young leader could topple a government

3  Trump's riffing ahead of a wrenching national security decision has serious drawbacks

4  Israel has pushed the US to use its 'bunker buster' bomb on Iran. Here's what the weapon can do

5  Wife of Colorado attack suspect says she and her 5 children are 'suffering' in ICE custody

6  China learned a valuable lesson in US trade talks: the value of its leverage

7  Unpacking the second trial and verdict that cleared Karen Read of murder

8  The new nudity: A 21st-century guide to taking off your clothes

**9** What we learned from Ted Cruz vs. Tucker Carlson

**10** Erick makes landfall as a Category 3 hurricane, the strongest to hit Mexico so early in the year

Search CNN...

### World
- Africa
- Americas
- Asia
- Australia
- China
- Europe
- India
- Middle East
- United Kingdom

### US Politics
- Trump
- Facts First
- CNN Polls
- 2025 Elections

### Business
- Tech
- Media
- Calculators
- Videos

### Markets
- Pre-markets
- After-Hours
- Fear & Greed
- Investing
- Markets Now
- Nightcap

### Health
- Life, But Better
- Fitness
- Food
- Sleep
- Mindfulness
- Relationships

### Entertainment
- Movies
- Television
- Celebrity

### Tech
- Innovate
- Foreseeable Future
- Mission: Ahead
- Work Transformed
- Innovative Cities

### Style
- Arts
- Design
- Fashion
- Architecture
- Luxury
- Beauty
- Video

### Travel
- Destinations
- Food & Drink
- Stay
- News
- Videos

### Sports
- Football
- Tennis
- Golf
- Motorsport
- US Sports
- Olympics
- Climbing
- Esports
- Hockey

### Science
- Space
- Life
- Unearthed

### Climate
- Solutions
- Weather

### Weather
- Video
- Climate

### Ukraine-Russia War

### Israel-Hamas War

### Features
- As Equals
- Call to Earth
- Freedom Project
- Impact Your World
- Inside Africa
- CNN Heroes

### Watch
- Live TV
- CNN Fast
- Shows A-Z
- CNN10
- CNN Max
- CNN TV Schedules

### Listen
- CNN 5 Things
- Chasing Life with Dr. Sanjay Gupta
- The Assignment with Audie Cornish
- One Thing
- Tug of War
- CNN Political Briefing
- The Axe Files
- All There Is with Anderson Cooper
- All CNN Audio podcasts

### Games
- Daily Crossword
- Jumble Crossword
- Sudoblock
- Sudoku
- 5 Things Quiz

### About CNN
- Photos
- Investigations
- CNN Profiles
- CNN Leadership
- CNN Newsletters
- Work for CNN

CNN World   FOLLOW CNN   Sign in

Terms of Use   Privacy Policy   Cookie Settings   Ad Choices   Accessibility & CC   About   Newsletters   Transcripts

© 2025 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.