**SPECIAL REPORT**

# NSJP
## NATIONAL STUDENTS FOR JUSTICE IN PALESTINE

## Antisemitism, Violent Extremism and the Threat to North American Universities

> #Three Words A day To Live By
> BLAME THE JEWS
> #Hitler
> — SJP member, University of Texas at Dallas

> I hope all of you have sweet dreams of SLAUGHTERING Zionists
> — SJP member, San Diego State University

> ISRAEL the next NAZI GERMANY, established 1948
> — SJP chapter, Florida Atlantic University

> May Allah not help them and burn them in the hell fire.. LET THE JEWS BURN SILENTLY
> — SJP member, New York University

**CHARLES ASHER SMALL**
**DAVID PATTERSON**
**GLEN FEDER**

**2019**

**isgap** INSTITUTE FOR THE STUDY OF GLOBAL ANTISEMITISM AND POLICY

# NSJP and Palestinian Student Organizations on Campus

NSJP serves as a unifying umbrella organization for numerous Palestinian student organizations across the US and Canada, including most prominently Students for Justice in Palestine.[20] Composed of students, a national steering committee and recent graduates, it provides support and resources to more than 200 chapters.[21]



**National SJP**
About-Interactive SJP Map

While individual chapters are autonomous, and some student organizations choose their own names, such as Students Against Israeli Apartheid (SAIA), Students for Peace and Justice in Palestine (SPJP), Students For Palestine (SFP), Students United for Palestinian Equal Rights (SUPER), Students Allied for Freedom and Equality (SAFE), Palestine Solidarity Alliance (PSA), Palestine Solidarity Committee (PSC), Solidarity for Palestinian Human Rights (SPHR) and more, they all follow the "Points of Unity."

---

[20] National SJP, "About," https://www.nationalsjp.org/, accessed 08/19.

[21] Ibid.

The Points of Unity stems from the 2005 BDS call for guidelines that make up the BDS movement; the statement was adopted by NSJP at its conference in 2011 at Columbia University.[22]

It calls for:
4. "ending Israel's occupation and colonization of all Arab lands and dismantling the Wall;"
5. "recognizing the fundamental rights of the Arab-Palestinian citizens of Israel to full equality;" and
6. "respecting, protecting and promoting the rights of the Palestinian refugees to return to their homes and properties as stipulated in UN Resolution 194."[23]

NSJP leads the student groups' agendas and actions by coordinating inter-campus events, planning national campaigns such as the "Right to Education Tour," curating a national newsletter, assisting chapters with boycott and divestment resolutions, organizing media and press, connecting chapters and individuals with legal aid and, most important, planning the annual NSJP Conference.[24] The NSJP conference has taken place eight times, each year on a different campus, with the 2019 conference scheduled to take place on November 1-3 at the University of Minnesota.



**NSJP**
Conferences

---

[22] National SJP, "Points of Unity," https://www.nationalsjp.org/, accessed 08/19

[23] National SJP, "Points of Unity," accessed 08/19.

[24] National SJP, "About," accessed 08/19.