ABOUT US    CONTACT US    THURSDAY, JUNE 19TH  |  24 SIVAN 5785    SEND A NEWS TIP    SUBSCRIBE    DONATE



WORLD    ISRAEL    MIDDLE EAST    OPINION    CULTURE    FEATURES

 Zohran Mamdani Warned 'Third Intifada Looms' During 2015 Wave

New Fellowship Connects Jewish Students Across the World

APRIL 19, 2024 1:01 PM    💬 5

# Ilhan Omar Silent After Daughter's Arrest, Suspension for Role in Columbia University Anti-Israel Protest

Share / Tweet / Print / Email

by Dion J. Pierre



Anti-Israel demonstrators clash with New York City Police Department (NYPD) officers during a protest on April 18, 2024. Photo: Reuters Connect

US Rep. Ilhan Omar (D-MN), one of Israel's most hostile critics in American politics, has remained silent about the arrest and suspension from school of her daughter following an eruptive anti-Israel protest which convulsed Columbia University in New York this week.

GET THE BEST OF THE ALGEMEINER STRAIGHT TO YOUR INBOX!

Submit

demonstration in which students, as well as non-students, declared solidarity with Hamas and called for the destruction of Israel. On Thursday, Hirsi announced that the school has suspended her for her role in the pandemonium.

Omar's office did not respond to *The Algemeiner*'s request for comment for this story, and the congresswoman has been silent on social media about the arrest and suspension.

Hirsi is a member of Columbia University Apartheid Divest (CUAD) — a spinoff of a Students for Justice in Palestine chapter that the university suspended for

numerous violations of school rules — which recently invited a terrorist to campus.

"Those of us in Gaza Solidarity Encampment will not be intimidated. We will stand resolute until our demands are met. Our demands include divestment from companies complicit in genocide, transparency of Columbia's investments, and FULL amnesty for all students facing oppression," Hirsi, the only member of her family to comment publicly on the matter, said on X/Twitter. "I'm an organizer with CU Apartheid Divest at Columbia SJP, in my three years at Barnard College I have never been reprimanded or received disciplinary warnings. I just received notice that I am of 3 students suspended for standing in solidarity with Palestinians facing a genocide."

Until this week, it was not widely known that Omar's daughter was an active purveyor of falsehoods about Israel nor that she was a member of anti-Zionist groups that have been accused of antisemitic discrimination and harassment, including physically assaulting Jewish students and stealing missing persons posters of Israelis who were abducted by Hamas on Oct. 7.

Responding to the news of Hirsi's suspension, US Rep. Jamaal Bowman (D-NY) — a member of the so-called "Squad" of far-left lawmakers along with Omar and others — accused Columbia University of punishing the student as revenge for a brief exchange that Columbia President Minouche Shafik had with Omar on Wednesday during a congressional hearing about antisemitism on campus. Omar accused Shafik of suppressing "anti-war" protesters and denied that anyone at Columbia was targeting "Jewish people."

"The day after Ilhan Omar questioned Columbia's leadership commitment to free academic expression, the school suspended her daughter? It's clear what is happening here," Bowman said on X/Twitter. "Our educational institutions should not be in the business of political reprisals."

Columbia University began exploding into a welter of anti-Israel protests on Wednesday while Shafik was in Washington, DC testifying before the US House Committee on Education and the Workforce about antisemitism on the New York campus, where law enforcement had to be called to pacify the ongoing demonstrations on Thursday.

"Yes, we're all Hamas, pig!" one protester was filmed screaming during the fracas, which saw some verbal skirmishes between pro-Zionist and anti-Zionist partisans. "Long live Hamas!" said others who filmed themselves dancing and praising the al-Qassam Brigades, the military wing of the Hamas terrorist organization. "Kill another solider!" they shouted, words that reinforced the theme of Wednesday's US congressional hearing: "Crisis at Columbia."

On Thursday, Rep. Virginia Foxx (R-NC), chair of the education and workforce committee, said that restoring decorum at Columbia was imperative, both for the sake of the school's credibility as well as for the welfare of Jewish students. Several news outlets reported on Thursday that a Jewish student was assaulted and told to commit suicide by a protester.

"For Columbia to correct course, the events of the past 36 hours must become a turning point," Foxx said in a statement. "Columbia must take the bold and difficult actions necessary to address the pervasive antisemitism, support for terrorism, and contempt for the university's rules that have been allowed to flourish on its campus. This includes real discipline that matches the severity of offenses by the students, faculty, and staff responsible, including suspension, expulsion, and termination."

Foxx, who has been leading an investigation into antisemitism at Columbia,

said the protest has "underscored" why the school drew the scrutiny of lawmakers.

*Follow Dion J. Pierre @DionJPierre.*

SHARE THIS STORY:

**Let your voice be heard!**