

SECTIONS | LOG IN

US News | **Metro** | Long Island | Politics | World News

**RECOMMENDED**

 Depraved Long Island child therapist admits to sharing baby-rape…

 Father and son dead after robbing Connecticut bank…

 Human rem near Taylor mansion id…

**METRO**

# Wife of convicted terrorist Sami Al-Arian was hanging out at Columbia encampment before dramatic raid

By Joe Marino, Tina Moore and Emily Crane

Published May 1, 2024
Updated May 1, 2024, 8:53 a.m. ET

547



The wife of an ex-college professor convicted of terrorism-related charges was spotted hanging out at Columbia University's encampment prior to the dramatic NYPD raid where cops busted 109 people Tuesday night.

Mayor Eric Adams on Wednesday blamed "outside agitators" for the campus chaos, saying cops had

identified individuals who weren't Columbia students among the protesters.



The wife of a convicted terrorist was seen at the protest encampment.

X / @SamiAlArian

While he refused to offer up names, Hizzoner told MSNBC during a media blitz that "one of the individual's husband was arrested for and convicted for terrorism on a federal level."

**Follow The Post's coverage of the pro-terror protests at colleges across the US:**

- **Tear gas sprayed at UCLA encampment as cops face off with anti-Israel protesters wielding fire extinguishers**
- **Stanford submits 'deeply disturbing' photo of campus anti-Israel protester wearing Hamas headband to FBI**
- **Iranian college offers free tuition to US students expelled for participating in anti-Israel protests: 'Our people'**
- **MAP: US colleges where students have been arrested over anti-Israel protests**

**Before you go ...**

hours before cops were given the green light to storm in and make arrests.

While there was also no evidence of any wrongdoing on her part, the NYPD's head of counterterrorism said Nahla's on-campus presence wasn't something she'd want for her own child.



Sami Al-Arian speaks with his wife, Nahla.
Getty Images

"We have no evidence of any criminal wrongdoing on her part but that's something I wouldn't want influencing my child if I were a parent of somebody at Columbia," Rebecca Weiner, the Deputy Commissioner, Intelligence & Counterterrorism, said as she addressed the ordeal.

"These students don't come in the door knowing how to barricade themselves behind barriers that they've created, right?

"These are all skills that are taught and learned and that presents a problem. And so you know, this is not about policing ideas in any way, shape or form. It is about recognizing when there is an actual public safety concern."





Sami Al-Arian is led in handcuffs to FBI headquarters in Tampa, Fla., Thursday, Feb. 20, 2003, following his arrest
AP

Amid the police blitz on Columbia, another 173 protesters were also arrested in violent scenes at the City College of New York late Tuesday.

Charges ranged from trespassing, criminal mischief and burglary, according to cops.

Adams claimed "outside agitators" had swarmed the campuses to radicalize students, but stopped short of providing any other details or evidence.

**547    What do you think? Post a comment.**

"If you look, you can find this information. They're probably acknowledging themselves on social media platforms," the mayor told MSNBC when asked specifically about the terror ties.

"I'm going to let the Intelligence Division do their job on what information should be released and what information should not be released."

**FILED UNDER**    COLUMBIA UNIVERSITY,   ISRAEL,   PALESTINE,   PROTESTS,   TERRORISTS,   5/1/24