UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
IRIS WEINSTEIN HAGGAI, on her own behalf    :
and on behalf of JUDITH LYNNE WEINSTEIN    :
HAGGAI and GAD HAGGAI, JOHN DOE,    :
RICHARD ROE, JANE MOE, SHLOMI ZIV,    :    25 Cv. 2400 (JAV)
AYELET SAMERANO, on her own behalf and on    :
behalf of YONATAN SAMERANO,    :    NOTICE OF MOTION OF
TALIK GVILI, on her own behalf and on behalf of    :    DEFENDANT
RAN GVILI, ROEE BARUCH, on his own behalf    :    MAHMOUD KHALIL'S
and on behalf of URIEL BARUCH, and    :    MOTION TO DISMISS THE
JAMES POE, on his own behalf and on behalf of    :    FIRST AMENDED COMPLAINT
LEO POE,    :    IN HIS PERSONAL AND
:    ALLEGED REPRESENTATIVE
                    Plaintiffs,    :    CAPACITIES
:
– against –    :
:
NERDEEN KISWANI, individually and as the    :
representative of WITHIN OUR LIFETIME-    :
UNITED FOR PALESTINE, MARYAM ALWAN,    :
individually and as the representative of    :
COLUMBIA STUDENTS FOR JUSTICE IN    :
PALESTINE, CAMERON JONES, individually    :
and as the representative of COLUMBIA-    :
BARNARD JEWISH VOICE FOR PEACE, and    :
MAHMOUD KHALIL, individually and as the    :
representative of COLUMBIA UNIVERSITY    :
APARTHEID DIVEST, COLUMBIA    :
STUDENTS FOR JUSTICE IN PALESTINE, and    :
COLUMBIA-BARNARD JEWISH VOICE FOR    :
PEACE,    :
:
:
                    Defendants.    :
-----------------------------------------------------------------x

**PLEASE TAKE NOTICE,** that upon the annexed Declaration of Joshua L. Dratel, Esq., and all prior papers and proceedings herein, the defendant MAHMOUD KHALIL, by and through his undersigned counsel, will move before the Honorable Jeanette A. Vargas, United States District Judge for the Southern District of New York, at the United States Courthouse

located at 500 Pearl Street, New York, New York, at a time and date to be set by the Court, or as soon thereafter as counsel may be heard, to dismiss Plaintiffs' First Amended Complaint against him personally and in his alleged representative capacity pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(5), and 12(b)(6), set forth in the accompanying Memorandum of Law, and Declaration, and for any such other and further relief as to the Court seems just and proper.

Dated:  New York, New York
        June 19, 2025

                                            /s/ Joshua L. Dratel
                                        JOSHUA L. DRATEL
                                        Dratel & Lewis
                                        29 Broadway, Suite 1412
                                        New York, New York 10006
                                        (212) 732-8805
                                        jdratel@dratellewis.com

TO:    CLERK OF THE COURT

        PLAINTIFFS' COUNSEL

        DEFENDANTS' COUNSEL