UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Iris Weinstein Haggai, et al.,<br><br>                                Plaintiffs<br><br>         v.<br><br><br>Nerdeen Kiswani, et al.,<br><br>                                Defendants. | Case No. 25-cv-02400-JAV<br><br>**NOTICE OF MOTION OF DEFENDANT COLUMBIA-BARNARD A JEWISH VOICE FOR PEACE'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

**NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE,** that upon the Memorandum of Law in Support of Defendant Columbia-Barnard A Jewish Voice for Peace's Motion to Dismiss dated June 19, 2025, and all prior papers and proceedings herein, Defendant Columbia-Barnard A Jewish Voice for Peace by and through their undersigned counsel, will move this Court, before the Honorable Jeannette A. Vargas, at the United States Courthouse, Southern District of New York, 500 Pearl Street, Room 703, New York, NY 10007, on a date and time to be set by the Court, to dismiss Plaintiffs' First Amended Complaint against them pursuant Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), set forth in the accompanying Memorandum of Law, and for any other such relief as the Court deems just and proper.

Dated: June 19, 2025          Respectfully submitted,

                              /s/ Bina Ahmad
                              Bina Ahmad (admitted *pro hac vice*)
                              Dan Stormer (admitted *pro hac vice*)
                              Hanna Chandoo (corrected *pro hac vice* forthcoming)
                              HADSELL STORMER RENICK & DAI LLP
                              128 N. Fair Oaks Ave.
                              Pasadena, CA 91103

        626.585.9600
        dstormer@hadsellstormer.com
        hchandoo@hadsellstormer.com
        bahmad@hadsellstormer.com

        Attorneys for Columbia-Barnard A Jewish Voice for Peace

To:    Clerk of the Court
        Plaintiffs' Counsel
        Defense's Counsel