UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAGGAI *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> KISWANI *et al.*, <br><br> *Defendants*. | Case No. 25-cv-02400-JAV |

### NOTICE OF MOTION TO DISMISS (JONES)

**PLEASE TAKE NOTICE** that, upon the annexed Letter Brief dated June 19, 2025, and the pleadings had herein, Defendant Camerson Jones, in his individual capacity, by and through his undersigned counsel, will move this Court, before the Honorable Jeannette A. Vargas, at the United States Courthouse, Southern District of New York, 500 Pearl Street, Room 703, New York, NY 10007, on a date and a time to be set by the Court, to dismiss this action for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(2) and for lack of subject matter jurisdiction over the Alien Tort Statute (terrorism) claim pursuant to Federal Rule of Civil Procedure 12(b)(1).

Dated: June 19, 2025
New York, NY

Respectfully submitted,

/S/  Joseph Pace
J. PACE LAW, PLLC
30 Wall Street, 8th Floor
New York, NY 10005
Tel: (917) 336-3948
jpace@jpacelaw.com

To: All counsel of record (via ECF)