UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                  :

IRIS WEINSTEIN HAGGAI, et al.,            :

                   Plaintiffs         :        25-CV-02400 (JAV)

                                                  :

                -v-                   :        <u>ORDER</u>

                                                    :

NERDEEN KISWANI, et al.,              :

                                                  :

                   Defendants.       :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On June 19, 2025, Defendant Columbia-Barnard Jewish Voice for Peace filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. ECF Nos. 52 – 53, 60. On June 19, 2025, Defendant Maryam Alwan, in her individual and representative capacities, filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. ECF Nos. 54 - 55. On June 19, 2025, Defendant Mahmoud Khalil, in his individual and alleged representative capacity, filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. ECF Nos. 57 - 59. On June 19, 2025, Defendant, Cameron Jones, in his individual capacity, filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. ECF No. 61.

      Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      Accordingly, it is hereby ORDERED that by **July 7, 2025**, the non-moving party must notify the Court whether it intends to file an amended pleading or rely on the pleading being attacked.

      If Plaintiffs elect to amend the complaint, Plaintiffs shall file any amended complaint by **July 14, 2025**.  Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings.  Plaintiffs are on notice that there will likely not be any further opportunity to amend the complaint to address issues raised by the motions to dismiss.

      If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss.  If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

If Plaintiffs elect not to amend the pleadings, Plaintiffs shall file any opposition to the motions to dismiss by **August 4, 2025**.  Defendants' replies, if any, shall be filed by **August 18, 2025**.

SO ORDERED.

Dated: July 2, 2025
      New York, New York

                                                   JEANNETTE A. VARGAS
                                               United States District Judge