

Richard A. Edlin
Vice Chairman
Tel 212.801.9200
Fax 212.801.6400
edlinr@gtlaw.com

July 7, 2025

**VIA ECF**

Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Haggai et al. v. Kiswani et al.*, 1:25-cv-02400-JAV

Dear Judge Vargas:

    We represent Plaintiffs in the above-referenced action. We write in response to the Order dated July 2, 2025 (ECF No. 64) to notify the Court that we intend to file an amended pleading that further revises the Amended Complaint filed on May 29, 2025 (ECF No. 36).

    Respectfully submitted,

    /s/ *Richard A. Edlin*
    Richard A. Edlin

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

www.gtlaw.com