UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Iris Weinstein Haggai, et al., <br><br> Plaintiffs <br><br> v. <br><br><br> Nerdeen Kiswani, et al., <br><br> Defendants. | Case No. 25-cv-02400-JAV <br><br> **NOTICE OF MOTION OF DEFENDANT COLUMBIA-BARNARD A JEWISH VOICE FOR PEACE'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE,** that upon the Memorandum of Law in Support of Defendant Columbia-Barnard A Jewish Voice for Peace's Motion to Dismiss dated August 1, 2025, and all prior papers and proceedings herein, Defendant Columbia-Barnard A Jewish Voice for Peace by and through their undersigned counsel, will move this Court, before the Honorable Jeannette A. Vargas, at the United States Courthouse, Southern District of New York, 500 Pearl Street, Room 703, New York, NY 10007, on a date and time to be set by the Court, to dismiss Plaintiffs' Second Amended Complaint against them pursuant Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), set forth in the accompanying Memorandum of Law, and for any other such relief as the Court deems just and proper.

Dated: August 1, 2025           Respectfully submitted,

/s/ Bina Ahmad
Bina Ahmad (admitted *pro hac vice*)
Dan Stormer (admitted *pro hac vice*)
Hanna Chandoo (admitted *pro hac vice*)
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103

626.585.9600
bahmad@hadsellstormer.com
dstormer@hadsellstormer.com
hchandoo@hadsellstormer.com

Attorneys for Columbia-Barnard A Jewish Voice for Peace

To: Clerk of the Court
Plaintiffs' Counsel
Defense's Counsel