UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAGGAI *et al.*,<br><br>    *Plaintiffs*<br><br>    v.<br><br>KISWANI *et al.*,<br><br>    *Defendants*. | Case No. 25-cv-02400-JAV |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law dated June 19, 2025, and the pleadings had herein, Defendant Maryam Alwan, in her individual and representative capacities, by and through her undersigned counsel, will move this Court, before the Honorable Jeannette A. Vargas, at the United States Courthouse, Southern District of New York, 500 Pearl Street, Room 703, New York, NY 10007, on a date and a time to be set by the Court, to dismiss this action for failure to effect proper service pursuant to Federal Rule of Civil Procedure 12(b)(5), and for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: August 3, 2025
       New York, NY

                                                    Respectfully submitted,

                                                    /S/  Joseph Pace
                                                    J. PACE LAW, PLLC
                                                    30 Wall Street, 8th Floor
                                                    New York, NY 10005
                                                    Tel: (917) 336-3948
                                                    jpace@jpacelaw.com

To: All counsel of record (via ECF)