UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAGGAI *et al.*,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>KISWANI *et al.*,<br><br>      *Defendants*. | No. 25-Civ-2400 |

**DECLARATION OF MARYAM ALWAN**

I, Maryam Alwan, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a defendant in the above-captioned matter. I am over the age of eighteen and competent to testify to the matters set forth herein.

2. I submit this affidavit in support of my Rule 12(b)(5) motion contesting service of process and to affirm that I am not now, nor have I ever been, a president, treasurer, officer, managing agent, general agent, or other person authorized to accept service on behalf of Columbia Students for Justice in Palestine ("Columbia SJP").

3. I do not now nor have I ever resided at my father's residence on McKinley Lane in Charlottesville, Virginia. In 2020, I left Virginia to attend university in France, where I resided for two years. In 2022, I transferred to Columbia University in New York City, where I have continuously resided since August 2022. When I left Virginia in 2020, my father had not yet moved into the 5626 McKinley Lane residence.

1

4. Since my father moved to the McKinley Lane house, I have visited approximately two to three times per year, generally during summer/winter break or over Thanksgiving, and have never spent more than two weeks there at a time.

5. I have never been the president, *de facto* president, or an officer of Columbia SJP, nor have I ever been an agent authorized to accept service on Columbia SJP's behalf. As I explained in a sworn affirmation submitted in *Columbia Students for Justice in Palestine v. Columbia University in the City of New York*, Index No. 152220/2024 (Sup. Ct. N.Y. Cty.), Columbia SJP is a horizontal organization. During the time in which I was involved with Columbia SJP, it did not have a president or officers who had the authority to make decisions on behalf of the group. Nor did Columbia SJP designate anyone to accept service of process on behalf of the group.

6. I have never had decision-making authority—formal or informal—over what protests Columbia SJP planned or participated in, what petitions it signed, or the content of its public statements.

7. During the time in which I was an active member of Columbia SJP, numerous people within the group had access to Columbia SJP's email and Instagram account, and numerous people had the ability to send emails and make public posts. At no point in time did I have exclusive access or the ability to dictate what was or was not emailed or posted online.

8. Columbia SJP's Instagram account was shut down toward the beginning of the Fall 2024 Semester.

9. I began to phase out my involvement in Columbia SJP toward the end of the Spring 2024 semester. I left the Columbia SJP group chat in or around Summer 2024. By October 2024, I had fully disassociated from the group: I had stopped attending meetings, had lost access to

Columbia SJP's email account, and, since that time, have not participated in any demonstration or event that I knew to have been organized by Columbia SJP.

10. I did not attend nor was I involved in the planning of the "Resistance 101" event referenced in paragraphs 130-135 of the Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 19, 2025

Maryam Alwan