UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAGGAI *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>KISWANI *et al.*,<br><br>*Defendants*. | No. 25-Civ-2400 |

**DECLARATION OF MAJD ALWAN**

I, Majd Alwan, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the father of Defendant Maryam Alwan. I am over the age of eighteen and competent to testify to the matters set forth herein.

1. At 5:18 p.m. on March 27, 2025, a person knocked on my door at my residence at 5626 McKinley Lane in Charlottesville, Virginia.

2. I answered the door and the individual asked me if Maryam Alwan was home. I replied that she was not in the house and that she resided in New York, where she attended university, not in Virginia. The individual then left.

3. A few minutes later, the individual returned and explained that he was instructed to leave a copy of some legal documents. I told him that I could not take any documents on her behalf because she did not reside with me.

1

4. He replied that I didn't have to "take" the papers, but he was leaving them with me. He then dropped the papers inside the entry to the home, over my objection. I kicked the papers out of the house and closed the door.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 19, 2025

*Majd*

Majd Alwan