UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAGGAI *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>KISWANI *et al.*,<br><br>*Defendants*. | No. 25-Civ-2400(JV) |

**DECLARATION OF JOSEPH PACE**

I, Joseph Pace, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am counsel of record for Defendant Maryam Alwan in the above-captioned action and submit this declaration in support of her motion to dismiss the Second Amended Complaint.

2. Attached hereto are true and correct copies of the following documents:

   a. **Exhibit 1**. Congressional Research Service, "Israel and Hamas October 2023 Conflict: Frequently Asked Questions (FAQs)," R47754 (Oct. 20, 2023).

   b. **Exhibit 2.** Congressional Research Service, "Israel and Hamas Conflict in Brief," R47828 (Oct. 4, 2024).

   c. **Exhibit 3**. Application Instituting Proceedings, *South Africa v. Israel* (filed Dec. 29, 2023), International Court of Justice.

   d. **Exhibit 4**. World Food Program, "New Gaza Food Security Assessment Sees Famine Risk Persisting Amid Ongoing Fighting and Restricted Aid Operations" (Oct. 17, 2024).

1

e. **Exhibit 5.** Zeina Jamaluddine *et al*., "Traumatic Injury Mortality in the Gaza Strip from Oct 7, 2023, to June 30, 2024: A Capture–Recapture Analysis," THE LANCET, Volume 405, Issue 10477, 469-477 (Feb. 8, 2025).

f. **Exhibit 6.** "Gaza Death Toll Has Been Significantly Underreported, Study Finds," CNN (Jan. 9, 2025).

g. **Exhibit 7.** Affidavit of Maryam Alwan dated March 11, 2024, *Columbia SJP v. Columbia*, No. 152220/2024 (filed Mar. 11, 2024) (NYSCEF Doc. No. 3).

h. **Exhibit 8.** Charles Asher Small *et al.*, "Antisemitism Violent Extremism and the Threat to North American Universities: The Contextualization of the National Students for Justice in Palestine," Institute for the Study of Global Antisemitism and Policy (pages 12-13) (Oct. 2019).

i. **Exhibit 9.** Arno Rosenfeld, "The Secret History and Uncertain Future of Students for Justice in Palestine," FORWARD (Dec. 20, 2023).

j. **Exhibit 10**. Dion Pierre, "Ilhan Omar Silent After Daughter's Arrest, Suspension for Role in Columbia University Anti-Israel Protest," THE ALGEMEINER (Apr. 19, 2024).

k. **Exhibit 11**. Joe Marino, *et al.*, "Wife of Convicted Terrorist Sami Al-Arian Was Hanging Out at Columbia Encampment Before Dramatic Raid," NEW YORK POST (May 1, 2024).

    l.    **Exhibit 12**. JB Nicholas, "Complete List and Profiles of All Protesters Arrested Inside Hamilton Hall at Columbia University," THE FREELANCE (last visited June 19, 2025).

Dated: August 3, 2025
      New York, NY

          Respectfully submitted,

          /S/  Joseph Pace
          J. PACE LAW, PLLC
          30 Wall Street, 8th Floor
          New York, NY 10005
          Tel: (917) 336-3948
          jpace@jpacelaw.com