**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAGGAI *et al.*, <br><br> *Plaintiffs* <br><br> *v.* <br><br> KISWANI *et al.*, <br><br> *Defendants*. | Case No. 25-cv-02400-JAV |

**NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that, upon the annexed Letter Brief dated August 3, 2025, and the pleadings had herein, Defendant Camerson Jones, in his individual capacity, by and through his undersigned counsel, will move this Court, before the Honorable Jeannette A. Vargas, at the United States Courthouse, Southern District of New York, 500 Pearl Street, Room 703, New York, NY 10007, on a date and a time to be set by the Court, to dismiss this action for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: August 3, 2025
   New York, NY

                                                                    Respectfully submitted,

                                                                    /S/  Joseph Pace
                                                                    J. PACE LAW, PLLC
                                                                    30 Wall Street, 8th Floor
                                                                    New York, NY 10005
                                                                    Tel: (917) 336-3948
                                                                    jpace@jpacelaw.com

To: All counsel of record (via ECF)