UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------------x
IRIS WEINSTEIN HAGGAI, on her own behalf
and on behalf of JUDITH LYNNE WEINSTEIN HAGGAI and
GAD HAGGAI, JOHN DOE, RICHARD ROE, JANE MOE,
SHLOMI ZIV, AYELET SAMERANO, on her own behalf and on
behalf of YONATAN SAMERANO, TALIK GVILI, on her own
behalf and on behalf of RAN GVILI, ROEE BARUCH, on his own
behalf and on behalf of URIEL BARUCH, and JAMES POE, on his
own behalf and on behalf of LEO POE,

                              Plaintiffs,

       against                                 Case No. 1:25-cv-02400
                                           Hon. Jeannette A. Vargas

NERDEEN KISWANI, individually and as the representative of    NOTICE OF MOTION OF
WITHIN OUR LIFETIMEUNITED FOR PALESTINE,                      DEFENDANT NERDEEN
MARYAM ALWAN, individually and as the representative of         KISWANI'S MOTION TO
COLUMBIA STUDENTS FOR JUSTICE IN PALESTINE,                 DISMISS THE SECOND
CAMERON JONES, individually and as the representative of          AMENDED COMPLAINT
COLUMBIABARNARD JEWISH VOICE FOR PEACE,                   IN HER PERSONAL AND
and MAHMOUD KHALIL, individually and as the representative   ALLEGED
of COLUMBIA UNIVERSITY APARTHEID DIVEST,                        REPRESENTATIVE
COLUMBIA STUDENTS FOR JUSTICE IN PALESTINE,                 <u>CAPACITIES</u>
and COLUMBIA-BARNARD JEWISH VOICE FOR PEACE,

                                        Defendants.
----------------------------------------------------------------------------------x

     **PLEASE TAKE NOTICE**, that upon the annexed Declaration of Collin Poirot, Esq., and all prior papers and proceedings herein, the defendant NERDEEN KISWANI, by and through her undersigned counsel, will move before the Honorable Jeanette A. Vargas, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Peal Street, New York, New York, at a time and date to be set by the Court, or as soon thereafter as counsel may be heard, to dismiss with prejudice Plaintiffs' Second Amended Complaint against her personally and in her alleged representative capacity pursuant to Federal Rule of Civil Procedure 12(b)(6), set forth in the accompanying Declaration, and for any such other relief as to the Court seems just and proper.

| | |
|---|---|
| DATED: Brooklyn, NY<br>August 4, 2025 | */s/ Collin Poirot, Esq.*<br>2603 Oak Lawn, Suite 300<br>Dallas, TX 75219<br>cpoirot.law@gmail.com<br>(214) 392-2281<br><br>Jonathan Wallace, Esq.<br>PO Box #728<br>Amagansett NY 11930<br>jonathan.wallace80@gmail.com<br>(917) 359-6234<br><br>Counsel for Defendant Kiswani |