

Richard A. Edlin
Vice Chairman
Tel 212.801.9200
Fax 212.801.6400
edlinr@gtlaw.com

August 13, 2025

**VIA ECF**

Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Haggai et al. v. Kiswani et al.*, No. 25-cv-2400-JAV

Dear Judge Vargas:

    We represent Plaintiffs in the above-referenced action. We respectfully write regarding Plaintiffs' letter-motion dated August 8, 2025, seeking an extension of time to respond to the pending defense motions and for leave to file a single, oversized responsive brief. (ECF No. 87.)

    As noted, the parties have agreed on a proposed briefing schedule under which Plaintiffs' deadline to respond is September 4 and Defendants' deadline to reply is September 26. The only disputed issue concerns the form of Plaintiffs' response. As Plaintiffs' current deadlines to respond (August 15 and August 18) are approaching, we respectfully request that the Court enter the proposed briefing schedule and issue guidance on the form of Plaintiffs' response.

    We thank the Court for its consideration and are available at the Court's convenience.

                                Respectfully submitted,

                                */s/ Richard A. Edlin*
                                Richard A. Edlin