UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRIS WEINSTEIN HAGGAI, on her own behalf and on behalf of JUDITH LYNNE WEINSTEIN HAGGAI and GAD HAGGAI, JOHN DOE, RICHARD ROE, JANE MOE, SHLOMI ZIV, AYELET SAMERANO, on her own behalf and on behalf of YONATAN SAMERANO, TALIK GVILI, on her own behalf and on behalf of RAN GVILI, ROEE BARUCH, on his own behalf and on behalf of URIEL BARUCH, and JAMES POE, on his own behalf and on behalf of LEO POE,<br><br>                                        Plaintiffs,<br><br>- against -<br><br>NERDEEN KISWANI, individually and as the representative of WITHIN OUR LIFETIME-UNITED FOR PALESTINE, MARYAM ALWAN, individually and as the representative of COLUMBIA STUDENTS FOR JUSTICE IN PALESTINE, CAMERON JONES, individually and as the representative of COLUMBIA-BARNARD JEWISH VOICE FOR PEACE, MAHMOUD KHALIL, individually and as the representative of COLUMBIA UNIVERSITY APARTHEID DIVEST, and TAREK BAZROUK,<br><br>                                        Defendants. | Case No. 1:25-cv-02400-JAV<br><br>Hon. Jeannette A. Vargas<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF RICHARD A. EDLIN

I, Richard A. Edlin, pursuant to 28 U.S.C. § 1746, hereby state and declare as follows under penalty of perjury:

1.      I am an attorney duly licensed to practice law in the State of New York and admitted to practice before this Court. I am a shareholder with the law firm of Greenberg Traurig, LLP, counsel for Plaintiffs in the above-captioned action. I submit this declaration in support of

1

Plaintiffs' opposition to Defendant Maryam Alwan's ("Alwan") motion to dismiss the Second Amended Complaint. *See* ECF No. 72. I have personal knowledge of the proceedings in this case and the matters set forth below.

2. In March 2025, Plaintiffs conducted public records searches on Alwan using two standard search tools. The search results identified the address of service identified in the return of service (ECF No. 13) as either Alwan's address or her probable current address. The results did not identify any other possible current addresses.

3. In September 2025, Plaintiffs again conducted public records searches on Alwan using the same two tools. The search results continue to identify the address of service as Alwan's address or her probable current address. The results do not identify any other possible current addresses.

4. Plaintiffs diligently sought to identify Alwan's residence through these and other means, and Plaintiffs' investigation has not found any other evidence of Alwan's current residence.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: New York, New York
September 4, 2025

                                                    */s/ Richard A. Edlin*
                                                    Richard A. Edlin