

Hadsell Stormer Renick & Dai LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103
T: 626.585.9600

September 8, 2025

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

    Re: *Haggai et al. v. Kiswani et al.*, 25-cv-02400 (JAV)

Dear Judge Vargas:

    Defendants Columbia-Barnard A Jewish Voice for Peace, Columbia Students for Justice in Palestine, Columbia University Apartheid Divest, Within Our Lifetime, Cameron Jones, Mahmoud Khalil, Maryam Alwan, and Nerdeen Kiswani intend to file an opposition to the twenty-one various states Attorneys General's motion seeking leave to file an amicus brief in this case. Doc. 92. Unless ordered otherwise, Defendants will file their opposition no later than September 10, 2025.

Respectfully submitted,

HADSELL STORMER RENICK & DAI LLP
Dan Stormer
Hanna Chandoo
Bina Ahmad
Attorneys for Columbia-Barnard A Jewish Voice for Peace