**J. Pace Law, PLLC**

30 Wall Street, 8th Floor
New York, NY 10005
jpace@jpacelaw.com
(917) 336-3948

---

<u>**Via ECF**</u>                                                                                                          October 17, 2025

Hon. Jeannette Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      *Re:*    **Letter Reply Brief in Support of Motion to Dismiss**
              <u>*Haggai et al., v. Kiswani et al.*, 25-civ-2400(JV)</u>

Dear Judge Vargas,

      I write on behalf of Defendant Cameron Jones to join the arguments set forth in the replies filed by Defendant Maryam Alwan and Columbia-Barnard Jewish Voice for Peace ("Columbia JVP"). *See* ECF Nos. 99 & 101.

      Additionally, Plaintiffs do not mount a serious defense of the individual capacity claims against Mr. Jones. They acknowledge that Mr. Jones may only be held liable for tortious conduct in which he personally participated, but offer no explanation as to how he personally aided or abetted Hamas. Their opposition instead consists of eight bare paragraph citations to the SAC, none of which describe aiding-and-abetting conduct. The individual capacity claim was always frivolous; but having failed to offer any meaningful defense of it, that claim should now be deemed abandoned. *Lima v. Hatsuhana of U.S.A., Inc.*, 2014 U.S. Dist. LEXIS 6070, at *3 (S.D.N.Y. Jan. 16, 2014) ("It is well established that issues mentioned in a perfunctory manner, unaccompanied by some effort at developed argumentation, are deemed waived.") (cleaned up)

      For these reasons the claims against Mr. Jones should be dismissed in their entirety.

                                                                           Respectfully submitted,

                                                                           <u>/S/ Joseph Pace</u>
                                                                           J. Pace Law, PLLC
                                                                           30 Wall Street, 8th Floor
                                                                           New York, NY 10005
                                                                           Tel: (917) 336-3948
                                                                           jpace@jpacelaw.com