UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRIS WEINSTEIN HAGGAI, on her own behalf and on behalf of JUDITH LYNNE WEINSTEIN HAGGAI and GAD HAGGAI, et al.,<br><br>        Plaintiffs,<br><br>  - against -<br><br>NERDEEN KISWANI, individually and as the representative of WITHIN OUR LIFETIME-UNITED FOR PALESTINE, et al.,<br><br>        Defendants. | Case No. 1:25-cv-02400-JAV<br><br>Hon. Jeannette A. Vargas<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF MOTION FOR SERVICE BY U.S. MARSHALS SERVICE

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Richard A. Edlin, dated November 5, 2025, including the exhibits thereto, Memorandum of Law, and the pleadings and proceedings herein, Plaintiffs respectfully move this Court, before the Honorable Jeannette A. Vargas, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, NY 10007, for an order appointing the U.S. Marshals Service to serve Defendant Tarek Bazrouk pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure.

Dated: November 5, 2025

                                      Respectfully submitted,

| | |
|---|---|
| */s/ Scott J. Bornstein* | */s/ Richard A. Edlin* |
| SCOTT J. BORNSTEIN | RICHARD A. EDLIN |
| **GREENBERG TRAURIG, LLP** | **HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC** |
| SCOTT J. BORNSTEIN | JASON TORCHINSKY (*pro hac vice*) |
| bornsteins@gtlaw.com | jtorchinsky@holtzmanvogel.com |
| RICHARD A. EDLIN | SUSAN GREENE |
| edlinr@gtlaw.com | sgreene@holtzmanvogel.com |
| One Vanderbilt Avenue | N.Y. Bar No. 4687349 |
| New York, New York 10017 | 2300 N. Street NW, Suite 643 |
| T. 212.801.9200 | Washington D.C. 20037 |
| | T. 202.737.8808 |
| **SCHOEN LAW FIRM, LLC** | |
| DAVID SCHOEN | **NATIONAL JEWISH ADVOCACY CENTER** |
| N.Y. Bar No. 2700847 | MARK GOLDFEDER* |
| schoenlawfirm@gmail.com | mark@njaclaw.org |
| 2800 Zelda Road, Suite 100-6 | BEN SCHLAGER* |
| Montgomery, Alabama 36106 | ben@njaclaw.org |
| T. 334.395.6611 | ANAT ALON-BECK* |
| F. 917.591.7586 | Anat@njaclaw.org |
| | ARIELLE F. KLEPACH* |
| | Arielle@njaclaw.org |
| | LAUREN ISRAELOVITCH |
| | lauren@njaclaw.org |
| | National Jewish Advocacy Center, Inc. |
| | International Legal Forum |
| | 1718 General George Patton Drive |
| | Brentwood, TN 37027 |
| | T. (800) 269-9895 |
| | F: (800) 758-5232 |

*\*Pro Hac Vice Application Forthcoming*