UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRIS WEINSTEIN HAGGAI, on her own behalf and on behalf of JUDITH LYNNE WEINSTEIN HAGGAI and GAD HAGGAI, et al., <br><br> Plaintiffs, <br><br> - against - <br><br> NERDEEN KISWANI, individually and as the representative of WITHIN OUR LIFETIME-UNITED FOR PALESTINE, et al., <br><br> Defendants. | Case No. 1:25-cv-02400-JAV <br><br> Hon. Jeannette A. Vargas <br><br> **JURY TRIAL DEMANDED** |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS'
MOTION FOR SERVICE BY U.S. MARSHALS SERVICE**

Plaintiffs respectfully submit this memorandum of law in support of their motion to appoint the U.S. Marshals Service to effect service on Defendant Tarek Bazrouk, an inmate in federal custody who has to date successfully avoided service.

On July 14, 2025, Plaintiffs filed the Second Amended Complaint, which for the first time named Bazrouk as a defendant. (ECF No. 66.) The Clerk issued a Summons for Bazrouk on July 15. (ECF No. 68.) At the time, Bazrouk was in federal detention in MDC Brooklyn awaiting sentencing for his conviction of conspiracy to commit hate crimes. *See United States v. Bazrouk*, No. 25 Cr. 203. Plaintiffs promptly arranged for service through the Kings County Sheriff's Office, and on September 4, 2025, after staff at MDC Brooklyn granted an appointment for service, a deputy sheriff attempted to personally serve Bazrouk.[1] Service could not be accomplished,

---

[1] Sheriff's Certificate of Attempted Service, Exhibit A to Declaration of Richard A. Edlin dated November 5, 2025 ("Edlin Decl."), filed contemporaneously herewith.

however, because Bazrouk "refused to come to the office to be serv[ed]."[2] On October 17, 2025, Plaintiffs requested that Bazrouk's attorney in his criminal action accept service on his behalf.[3] Bazrouk's attorney did not respond to that request.[4] On October 28, Bazrouk was sentenced to a term of 17 months' imprisonment. Judgment at 2, *United States v. Bazrouk*, No. 25 Cr. 203 (S.D.N.Y. Oct. 28, 2025). The Court (Hon. Richard M. Berman, U.S.D.J.) recommended that the Bureau of Prisons designate Bazrouk to serve his sentence in FCI Fort Dix in Fort Dix, New Jersey and remanded Bazrouk to the custody of the United States Marshal. *Id.* As of today's date, Plaintiffs believe that Bazrouk remains at MDC Brooklyn.

Rule 4(c)(3) provides that, "[a]t the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court." Fed. R. Civ. P. 4(c)(3). Courts have granted Rule 4(c)(3) applications where, as here, an inmate in federal custody has refused service or where plaintiffs have otherwise been unable to effect service on the inmate. *See Sivels v. Ramsey Cnty.*, No. 23-cv-00894 (DWF/TNL), 2023 WL 8481478, at *1 (D. Minn. Dec. 7, 2023) (ordering the U.S. Marshals Service to effect service where incarcerated defendant "rejected delivery" of process); *Troell v. Binance Holding Ltd.*, No. 24-cv-07136 (JSR), (S.D.N.Y. Sep. 27, 2024) (same, where plaintiffs had been unable to serve defendant in federal custody). Here, service by the U.S. Marshals Service is warranted because Bazrouk has avoided Plaintiffs' legitimate attempts at service in federal custody.

Accordingly, Plaintiffs respectfully request that the Court appoint the U.S. Marshals Service to serve the Summons and Second Amended Complaint on Bazrouk in either MDC

---

[2] *Id.*
[3] Email dated October 17, 2025, Exhibit B to Edlin Decl.
[4] Edlin Decl. ¶ 3.

Brooklyn, located at 80 29th Street, Brooklyn, NY 11232, or FCI Fort Dix, located at 5756 Hartford & Pointville Road, Fort Dix, NJ 08640.

Dated: November 5, 2025

Respectfully submitted,

/s/ Scott J. Bornstein
SCOTT J. BORNSTEIN

**GREENBERG TRAURIG, LLP**
SCOTT J. BORNSTEIN
bornsteins@gtlaw.com
RICHARD A. EDLIN
edlinr@gtlaw.com
One Vanderbilt Avenue
New York, New York 10017
T. 212.801.9200

**SCHOEN LAW FIRM, LLC**
DAVID SCHOEN
N.Y. Bar No. 2700847
schoenlawfirm@gmail.com
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
T. 334.395.6611
F. 917.591.7586

/s/ Richard A. Edlin
RICHARD A. EDLIN

**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC**
JASON TORCHINSKY (*pro hac vice*)
jtorchinsky@holtzmanvogel.com
SUSAN GREENE
sgreene@holtzmanvogel.com
N.Y. Bar No. 4687349
2300 N. Street NW, Suite 643
Washington D.C. 20037
T. 202.737.8808

**NATIONAL JEWISH ADVOCACY CENTER**
MARK GOLDFEDER*
mark@njaclaw.org
BEN SCHLAGER*
ben@njaclaw.org
ANAT ALON-BECK*
Anat@njaclaw.org
ARIELLE F. KLEPACH*
Arielle@njaclaw.org
LAUREN ISRAELOVITCH
lauren@njaclaw.org
National Jewish Advocacy Center, Inc.
International Legal Forum
1718 General George Patton Drive
Brentwood, TN 37027
T. (800) 269-9895
F: (800) 758-5232

*Pro Hac Vice Application Forthcoming*