UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
IRIS WEINSTEIN HAGGAI, on her own behalf and on : 
behalf of JUDY LYNNE WEINSTEIN AND GAD :
HAGGAI, et al., :         25-CV-2400 (JAV)
:
        Plaintiffs, :         <u>ORDER OF SERVICE</u>
:
        -v- :
:
NERDEEN KISWANI, individually and as the :
representative of WITHIN OUR LIFETIME-UNITED :
FOR PALESTINE, et al., :
:
        Defendants. :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiffs have moved for an order appointing the U.S. Marshals Service to serve Defendant Tarek Bazrouk pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure. ECF No. 103. The motion is GRANTED.

      Bazrouk was named as a Defendant in the Second Amended Complaint (ECF No. 68), and a summons was issued on July 15, 2025 (ECF No. 68). On October 29, 2025, Bazrouk was sentenced to a term of 17 months imprisonment. *United States v. Bazrouk*, 25 Cr. 203. Plaintiffs attempted to serve Bazrouk with the summons and the Second Amended Complaint through the Kings County Sheriff's Office. On September 4, 2025, when a deputy sheriff attempted to serve Bazrouk at the Metropolitan Detention Center in Brooklyn, New York ("MDC"), he "refused to come to the office to be served." ECF No. 104-1. Plaintiffs believe Bazrouk is currently in federal custody at either the MDC or FCI Fort Dix.

      The Court hereby orders, pursuant to Rule 4(c)(3), that the U.S. Marshals Service effect service on Defendant Bazrouk. The Clerk of Court is instructed to complete a U.S. Marshals

Service Process Receipt and Return (Form USM-285), and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendant Bazrouk.

The Clerk of Court is directed to terminate ECF No. 103.

SO ORDERED.

Dated: December 4, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge