UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRIS WEINSTEIN HAGGAI *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>NERDEEN KISWANI *et al.*,<br><br>*Defendants*. | No. 25-Civ-2400 |

**NOTICE OF MOTION FOR SANCTIONS**

PLEASE TAKE NOTICE that Defendants Cameron Jones and Maryam Alwan ("Defendants"), by and through their undersigned counsel, will move this Court, before the Honorable Jeannette Vargas, at 500 Pearl Street, New York, New York 10007, on a date and time designated by the Court, for (a) an Order granting Defendants' Motion for Sanctions pursuant to Fed. R. Civ. P. 11(c), 28 U.S.C. § 1927, and the Court's inherent authority; and (b) such other relief as the Court may deem just and proper.

The bases for this Motion are set forth in the accompanying Memorandum of Law, the declaration of Joseph Pace, and attached exhibits.

Dated: January 14, 2026
      New York, NY

                                                Respectfully submitted,

                                                /S/ Joseph Pace
                                                PACE FREEMAN LLP
                                                30 Wall Street, 8th Floor
                                                New York, NY 10005
                                                Tel: (917) 336-3948
                                                joseph@pacefreeman.com