UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAGGAI *et al.*,<br><br>　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>KISWANI *et al.*,<br><br>　　　　　　*Defendants*. | No. 25-Civ-2400(JV) |

## DECLARATION OF JOSEPH PACE

I, Joseph Pace, declare pursuant to 28 U.S.C. § 1746 as follows:

1.　I am counsel of record for Defendants Cameron Jones and Maryam Alwan in the above-captioned action. I am submiting this declaration in support of their combined Motion for Sanctions.

2.　Attached hereto are true and correct copies of the following documents:

　　a.　**Exhibit A** is a copy of the Safe Harbor letter and motion, which were served on Plaintiffs' counsel on May 8, 2025.

　　b.　**Exhibit B** is a copy of the email correspondence from undersigned to opposing counsel.

　　c.　**Exhibit C** is a copy of the second Safe Harbor letter and motion, which were served on Plaintiffs' counsel on June 14, 2025.

　　d.　**Exhibit D** is a copy of the third Safe Harbor letter and motion, which were served on Plaintiffs' counsel on July 25, 2025.

　　e.　**Exhibit E** is a copy of the fourth Safe Harbor letter and motion, which were served on Plaintiffs' counsel on October 21, 2025.

1

    f.  **Exhibit F** is a copy of the fifth Safe Harbor letter and motion, which were served on Plaintiffs' counsel on January 7, 2026.

Dated: January 14, 2026
    New York, NY

              Respectfully submitted,

              /S/ Joseph Pace
              PACE FREEMAN LLP
              30 Wall Street, 8th Floor
              New York, NY 10005
              Tel: (917) 336-3948
              joseph@pacefreeman.com