

Joseph Pace <jpace@jpacelaw.com>

# Haggai v. Kiswani, 25cv2400 - Rule 11 Letter & Motion
9 messages

**Joseph Pace** <jpace@jpacelaw.com>   Thu, May 8, 2025 at 10:15 PM
To: Jason Torchinsky <jtorchinsky@holtzmanvogel.com>
Cc: CAS-EDLINR <edlinr@gtlaw.com>, CAS-ScottBornstein <Scott.Bornstein@gtlaw.com>, Susan Greene <sgreene@holtzmanvogel.com>, CAS-schoenlawfirm <schoenlawfirm@gmail.com>, CAS-Mark <mark@jewishadvocacycenter.org>, CAS-ben <ben@jewishadvocacycenter.org>, ben@njaclaw.org, anat@njaclaw.org, arielle@njaclaw.org, lauren@njaclaw.org, zachary.needell@gtlaw.com

Dear counsel -

Please find attached Mr. Jones and Ms. Alwan's Rule 11 safe harbor letter and motion, and accompanying affidavits. These documents were also hand delivered earlier today to the office addresses listed in the Complaint and mailed to NJAC's 3 Times Square address.

Regards,
Joe

--

Joseph Pace

J. Pace Law, PLLC

30 Wall Street, 8th Floor

New York, New York 10005

Office:      (917) 336-3948

Cell:         (646) 300-4304

www.jpacelaw.com


Notice: The information contained in this message is confidential, intended solely for the use of the individual or entity named as addressee and is protected by law from discovery. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, forwarding, distribution, copying or unauthorized use of this communication is strictly prohibited. Any unauthorized dissemination, forwarding, distribution, copying or use to any party other than the intended recipient is strictly prohibited. If you have received this communication in error, please promptly notify the sender by telephone. at 646-300-4304. Thank you.

**4 attachments**

 **Motion for Sanctions - Haggai (5.8.2025).pdf**
79K

 **Jones & Alwan - Letter re Sanctions - Haggai (5.8.2025).pdf**
220K

 **Alwan NYCLU Affidavit.pdf**
393K

 **Jones NYCLU Affidavit.pdf**
435K

---

**EDLINR@gtlaw.com** <EDLINR@gtlaw.com>  Thu, May 8, 2025 at 10:28 PM
To: jpace@jpacelaw.com, jtorchinsky@holtzmanvogel.com
Cc: Scott.Bornstein@gtlaw.com, sgreene@holtzmanvogel.com, schoenlawfirm@gmail.com, mark@jewishadvocacycenter.org, ben@jewishadvocacycenter.org, ben@njaclaw.org, anat@njaclaw.org, arielle@njaclaw.org, lauren@njaclaw.org, Zachary.Needell@gtlaw.com

Received, we will respond in due course.

Richard A. Edlin
**Vice-Chairman**

Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
T. (212) 801-6528
C. (646) 229-1122
edlinr@gtlaw.com
(Sent from my mobile device)

---

**From:** Joseph Pace <jpace@jpacelaw.com>
**Sent:** Friday, May 9, 2025 10:15:51 AM
**To:** Jason Torchinsky <jtorchinsky@holtzmanvogel.com>
**Cc:** Edlin, Richard A. (Shld-NY) <EDLINR@gtlaw.com>; Bornstein, Scott (Shld-NY-IP-Tech) <Scott.Bornstein@gtlaw.com>; Susan Greene <sgreene@holtzmanvogel.com>; CAS-schoenlawfirm <schoenlawfirm@gmail.com>; CAS-Mark <mark@jewishadvocacycenter.org>; CAS-ben <ben@jewishadvocacycenter.org>; ben@njaclaw.org <ben@njaclaw.org>; anat@njaclaw.org <anat@njaclaw.org>; arielle@njaclaw.org <arielle@njaclaw.org>; lauren@njaclaw.org <lauren@njaclaw.org>; Needell, Zachary R. (Assoc-FTL-LT) <Zachary.Needell@gtlaw.com>
**Subject:** Haggai v. Kiswani, 25cv2400 - Rule 11 Letter & Motion

**\*EXTERNAL TO GT\***

[Quoted text hidden]

---

**Ben Schlager** <ben@jewishadvocacycenter.org>  Tue, May 20, 2025 at 2:33 PM
To: Joseph Pace <jpace@jpacelaw.com>
Cc: Jason Torchinsky <jtorchinsky@holtzmanvogel.com>, CAS-EDLINR <edlinr@gtlaw.com>, CAS-ScottBornstein <Scott.Bornstein@gtlaw.com>, Susan Greene <sgreene@holtzmanvogel.com>, CAS-schoenlawfirm <schoenlawfirm@gmail.com>, CAS-Mark <mark@jewishadvocacycenter.org>, ben@njaclaw.org, anat@njaclaw.org, arielle@njaclaw.org, lauren@njaclaw.org, zachary.needell@gtlaw.com

Our Amended Complaint is due a week from Thursday. Is there a draft yet?

[Quoted text hidden]

---

**Joseph Pace** <jpace@jpacelaw.com>  Tue, May 20, 2025 at 3:06 PM

To: Ben Schlager <ben@jewishadvocacycenter.org>
Cc: Jason Torchinsky <jtorchinsky@holtzmanvogel.com>, CAS-EDLINR <EDLINR@gtlaw.com>, CAS-ScottBornstein <Scott.Bornstein@gtlaw.com>, Susan Greene <sgreene@holtzmanvogel.com>, CAS-schoenlawfirm <Schoenlawfirm@gmail.com>, CAS-Mark <mark@jewishadvocacycenter.org>, ben@njaclaw.org, anat@njaclaw.org, arielle@njaclaw.org, lauren@njaclaw.org, zachary.needell@gtlaw.com

Hi All—

I think you accidentally cc'ed me on this communication.

However, in light of your apparent plan to amend the complaint, please advise whether you are amenable to joining a request for a new briefing schedule for the motions to dismiss. If so, I will confer with co-defendants' counsel and propose dates.

Thanks,
Joe

Sent from my iPhone

> On May 20, 2025, at 14:33, Ben Schlager <ben@jewishadvocacycenter.org> wrote:

[Quoted text hidden]

---

**EDLINR@gtlaw.com** <EDLINR@gtlaw.com>                                Tue, May 20, 2025 at 3:29 PM
To: jpace@jpacelaw.com, ben@jewishadvocacycenter.org
Cc: jtorchinsky@holtzmanvogel.com, Scott.Bornstein@gtlaw.com, sgreene@holtzmanvogel.com, Schoenlawfirm@gmail.com, mark@jewishadvocacycenter.org, ben@njaclaw.org, anat@njaclaw.org, arielle@njaclaw.org, lauren@njaclaw.org, Zachary.Needell@gtlaw.com

Joe,
That makes sense. We'll take a look at what you send over.
Best,
Rich

Richard A. Edlin
**Vice-Chairman**

Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
T. (212) 801-6528
C. (646) 229-1122
edlinr@gtlaw.com
(Sent from my mobile device)

---

**From:** Joseph Pace <jpace@jpacelaw.com>
**Sent:** Tuesday, May 20, 2025 3:06:45 PM
**To:** Ben Schlager <ben@jewishadvocacycenter.org>
**Cc:** Jason Torchinsky <jtorchinsky@holtzmanvogel.com>; Edlin, Richard A. (Shld-NY) <EDLINR@gtlaw.com>; Bornstein, Scott (Shld-NY-IP-Tech) <Scott.Bornstein@gtlaw.com>; Susan Greene <sgreene@holtzmanvogel.com>; CAS-schoenlawfirm <Schoenlawfirm@gmail.com>; CAS-Mark <mark@jewishadvocacycenter.org>; ben@njaclaw.org <ben@njaclaw.org>; anat@njaclaw.org

<anat@njaclaw.org>; arielle@njaclaw.org <arielle@njaclaw.org>; lauren@njaclaw.org <lauren@njaclaw.org>; Needell, Zachary R. (Assoc-FTL-LT) <Zachary.Needell@gtlaw.com>
**Subject:** Re: Haggai v. Kiswani, 25cv2400 - Rule 11 Letter & Motion

**\*EXTERNAL TO GT\***

[Quoted text hidden]

---

**Joseph Pace** <jpace@jpacelaw.com>                                                      Sat, Jun 14, 2025 at 9:12 PM
To: Jason Torchinsky <jtorchinsky@holtzmanvogel.com>
Cc: CAS-EDLINR <edlinr@gtlaw.com>, CAS-ScottBornstein <Scott.Bornstein@gtlaw.com>, Susan Greene <sgreene@holtzmanvogel.com>, CAS-schoenlawfirm <schoenlawfirm@gmail.com>, CAS-Mark <mark@jewishadvocacycenter.org>, CAS-ben <ben@jewishadvocacycenter.org>, ben@njaclaw.org, anat@njaclaw.org, arielle@njaclaw.org, lauren@njaclaw.org, zachary.needell@gtlaw.com

Dear Counsel -

Please find attached Mr. Jones and Ms. Alwan's Rule 11 safe harbor letter and motion. These documents were also served today by hand delivery and/or mailed, as set forth in the appendix to the letter.

Regards,
Joe

[Quoted text hidden]

---

**2 attachments**


**Pace Letter re Sanctions - Haggai (6.14.2025).pdf**
142K


**Motion for Sanctions - Haggai (7.14.2025).pdf**
79K

---

**Joseph Pace** <jpace@jpacelaw.com>                                                       Fri, Jul 25, 2025 at 5:47 PM
To: Jason Torchinsky <jtorchinsky@holtzmanvogel.com>
Cc: CAS-EDLINR <edlinr@gtlaw.com>, CAS-ScottBornstein <Scott.Bornstein@gtlaw.com>, Susan Greene <sgreene@holtzmanvogel.com>, CAS-schoenlawfirm <schoenlawfirm@gmail.com>, CAS-Mark <mark@jewishadvocacycenter.org>, CAS-ben <ben@jewishadvocacycenter.org>, ben@njaclaw.org, anat@njaclaw.org, arielle@njaclaw.org, lauren@njaclaw.org, zachary.needell@gtlaw.com

Dear Counsel -

Please find attached Mr. Jones and Ms. Alwan's third Rule 11 safe harbor letter and motion. These documents were also served today by mail.

Regards,
Joe

[Quoted text hidden]

---

**2 attachments**


**Pace Letter re Sanctions - Haggai (7.25.2025).pdf**
135K


**Motion for Sanctions - Haggai (7.25.2025).pdf**
79K

---

**Joseph Pace** <jpace@jpacelaw.com>    Tue, Oct 21, 2025 at 7:23 PM
To: Jason Torchinsky <jtorchinsky@holtzmanvogel.com>
Cc: CAS-EDLINR <edlinr@gtlaw.com>, CAS-ScottBornstein <Scott.Bornstein@gtlaw.com>, Susan Greene <sgreene@holtzmanvogel.com>, CAS-schoenlawfirm <schoenlawfirm@gmail.com>, CAS-Mark <mark@jewishadvocacycenter.org>, CAS-ben <ben@jewishadvocacycenter.org>, ben@njaclaw.org, anat@njaclaw.org, arielle@njaclaw.org, lauren@njaclaw.org, zachary.needell@gtlaw.com

Counsel -

Attached are Mr. Jones and Ms. Alwan's amended Rule 11 safe harbor motion and an accompanying letter. The documents were served today in the manner set forth in the attached letter; a copy was also mailed to the NJAC/International Legal Forum address listed in the opposition papers.

Regards,
Joe

[Quoted text hidden]

---

**2 attachments**


**Motion for Sanctions - Haggai (10.21.2025).pdf**
91K


**Alwan and Jones - Letter re Sanctions - Haggai (10.21.2025).pdf**
127K

---

**Joseph Pace** <jpace@jpacelaw.com>    Wed, Jan 7, 2026 at 9:05 PM
To: Jason Torchinsky <jtorchinsky@holtzmanvogel.com>
Cc: CAS-EDLINR <edlinr@gtlaw.com>, CAS-ScottBornstein <Scott.Bornstein@gtlaw.com>, Susan Greene <sgreene@holtzmanvogel.com>, CAS-schoenlawfirm <schoenlawfirm@gmail.com>, CAS-Mark <mark@jewishadvocacycenter.org>, CAS-ben <ben@jewishadvocacycenter.org>, ben@njaclaw.org, anat@njaclaw.org, arielle@njaclaw.org, lauren@njaclaw.org, zachary.needell@gtlaw.com, joseph@pacefreeman.com

Counsel --

Please find attached a letter, motion, and a memorandum of law in support of the motion for sanctions on behalf of Mr. Jones and Ms. Alwan. As set forth in the letter, we will withdraw the Rule 11 claim if you withdraw all claims against Mr. Jones and Ms. Alwan in their individual and representative capacities. Even if the claims are withdrawn, however, we will

be seeking sanctions under § 1927 and the Court's inherent authority, unless the withdrawal is accompanied by a public letter of apology.

We request a response by January 12. If we do not receive one, we will proceed on the understanding that you do not intend to withdraw the claims against Mr. Jones and Ms. Alwan, and we file our motion for sanctions by the end of next week.

Regards,
Joe

[Quoted text hidden]

---

### 3 attachments


**1.7.26 Jones and Alwan - Sanctions Letter.pdf**
170K


**1.7.26 Jones and Alwan - Sanctions Memo of Law.pdf**
234K


**Motion for Sanctions - Haggai (1.7.2026).pdf**
89K