JOSEPH PACE                                             30 Wall Street, 8th Floor
EMMA FREEMAN           **P | F**                        New York, NY 10003
                                                        joseph@pacefreeman.com
                                                        emma@pacefreeman.com
              P ACE  F REEMAN  LLP                      (413) 221-9033

---

January 7, 2026

**By Email/First Class Mail**
(See below for list)

      *Re:*    <u>*Haggai et al., v. Kiswani et al.*, 25-civ-2400(JV)</u>

Dear Counsel:

      I am writing on behalf of Defendants Cameron Jones and Maryam Alwan. Attached are the motion and a draft version of the memorandum of law that we intend to file seeking sanctions under Rule 11, 28 U.S.C. § 1927, and the Court's inherent authority. We reserve the right to amend the memorandum based, *inter alia*, on your response (or lack thereof) to this letter.

      This letter serves as your last opportunity to withdraw the claims against Mr. Jones and Ms. Alwan and avoid Rule 11 sanctions. Given your failure to respond to our prior Safe Harbor letters and your conduct to date, we will be seeking sanctions under § 1927 and the Court's inherent authority—unless you withdraw the claims *and* make an appropriate, public apology to Mr. Jones and Ms. Alwan for the baseless allegations that you have leveled against them and their organizations.

      Nothing in the attached documents should come as a surprise to you, since the defects in the complaints and your opposition to the motion to dismiss have been fully aired, both in the prior Safe Harbor letters and the motions to dismiss. Accordingly, we expect a response to this letter by January 12. If we do not receive one, we will take that as an indication that you do not intend to withdraw the claims and proceed accordingly.

                                                              Sincerely,

                                                             Joseph Pace

**Served:**

David Schoen
Schoen Law Firm, LLC
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
schoenlawfirm@gmail.com
*Served by email and First Class Mail*

Scott J. Bornstein
Richard A. Edlin

Zachary Needell
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, New York 10017
bornsteins@gtlaw.com
edlinr@gtlaw.com
*Served by email and First Class Mail*

Jason Torchinsky
Susan Greene
Holtzman Vogel Baran Torchinsky & Josefiak, PLLC
2300 N. Street NW, Suite 643
Washington, D.C. 20037
jtorchinsky@holtzmanvogel.com
sgreene@holtzmanvogel.com
*Served by email and First Class Mail*

Mark Goldfeder
Ben Schlager
Anat Alon-Beck
Arielle F. Klepach
Lauren Israelovitch
National Jewish Advocacy Center
1718 General George Patton Drive
Brentwood, TN 37027
mark@njaclaw.org
ben@njaclaw.org
anat@njaclaw.org
arielle@njaclaw.org
lauren@njaclaw.org
*Served by email and First Class Mail*

Lauren Israelovitch
National Jewish Advocacy Center
3 Times Square Ste
New York, NY 10036
*Served by email and First Class Mail*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRIS WEINSTEIN HAGGAI *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> NERDEEN KISWANI *et al.*, <br><br> *Defendants*. | No. 25-Civ-2400 |

**NOTICE OF MOTION FOR SANCTIONS**

PLEASE TAKE NOTICE that Defendants Cameron Jones and Maryam Alwan ("Defendants"), by and through their undersigned counsel, will move this Court, before the Honorable Jeannette Vargas, at 500 Pearl Street, New York, New York 10007, on a date and time designated by the Court, for (a) an Order granting Defendants' Motion for Sanctions pursuant to Fed. R. Civ. P. 11(c), 28 U.S.C. § 1927, and the Court's inherent authority; and (b) such other relief as the Court may deem just and proper.

The bases for this motion is set forth in Alwan and Jones's Memoranda in Support of their Motions to Dismiss and Replies; the Safe Harbor letter served on opposing counsel; and the accompanying Memorandum of Law, the declaration of Joseph Pace, and attached exhibits and pleadings. The motion is based on the fact that (i) Plaintiffs' claims were filed in bad faith, to harass Mr. Jones and Ms. Alwan and chill their protected speech; (ii) the claims are legally frivolous because they target First Amendment-protected speech and because they do not plead a claim under the Anti-Terrorism Act or Alien Tort Statute; and (iii) Plaintiffs have leveled accusations against Jones and Alwan, and the organizations they allegedly lead, that are utterly devoid of factual support.

1

Dated: January X, 2026
     New York, NY

                                              Respectfully submitted,

                                              <u>/S/ Joseph Pace</u>
                                              PACE FREEMAN LLP
                                              30 Wall Street, 8th Floor
                                              New York, NY 10005
                                              Tel: (917) 336-3948
                                              joseph@pacefreeman.com