**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: Iris Weinstein Haggai | COURT CASE NUMBER: 25cv2400 |
| DEFENDANT: Kiswani et al | TYPE OF PROCESS: Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Tarek Bazrouk ID #79913-511
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: MDC Brooklyn 80 29th St, Brooklyn, NY 11232

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
David I. Schoen
David I. Schoen, Attorney At Law
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER:
DATE: 12/18/2025

*FILED U.S. DISTRICT COURT S.D. OF N.Y. 2026 JAN 30 PM 2:21*

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 054 | 054 | KRISTEN HUTCHINSON (Digitally signed by KRISTEN HUTCHINSON Date: 2026.01.07 11:30:58 -05'00') | 1/7/2026 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:

Date: 1/28/26    Time: 1025  [X] am  [ ] pm

Address *(complete only different than shown above)*:

Signature of U.S. Marshal or Deputy: *[signature]*

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

2nd endeavor — Served documents to defendant.

Hour — 1 × $65 = $65
Miles — 12 × $.725 = $8.70
                     —————
                     $73.70

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25cv2400

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Tarek Bazrouk ID # 79913-511__
was received by me on *(date)* __1/7/26__.

☑ I personally served the summons on the individual at *(place)* __MDC Brooklyn.__
on *(date)* __01/28/2026__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __01/28/2026__

_____
Server's signature

__t. Vriam J. FEO__
Printed name and title

__500 Pearl St. New York, NY 10007__
Server's address

Additional information regarding attempted service, etc:

1st endeavor (1/23/26 @ 0635) - subject was not brought to R+D for service

2nd endeavor (1/28/26 @ 10:25 AM) - served documents to Mr. Bazrouk.

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Iris Weinstein Haggai | COURT CASE NUMBER<br>25cv2400 |
|---|---|
| DEFENDANT<br>Kiswani et al | TYPE OF PROCESS<br>Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Tarek Bazrouk ID #79913-511

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
MDC Brooklyn 80 29th St, Brooklyn, NY 11232

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

David I. Schoen
David I. Schoen, Attorney At Law
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT

TELEPHONE NUMBER:

DATE: 12/18/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 054 | District to Serve<br>No. 054 | Signature of Authorized USMS Deputy or Clerk | Date<br>1/7/2026 |
|---|---|---|---|---|---|

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date<br>1/23/26 | Time<br>0635 [X] am [ ] pm |
|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

1st endeavor subject was not brought to RDD for service

1 x $65 = 65.00
round trip 12 miles X .725 = $8.70
Total = $73.70

Form USM-285
Rev. 03/21