# J. Pace Law, PLLC

30 Wall Street, 8th Floor
New York, NY 10005
jpace@jpacelaw.com
(917) 336-3948

---

**Via ECF**                                                        May 6, 2026

Hon. Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:**    ***Haggai et al. v. Kiswani et al.*, 25-civ-2400(JAV)**

Dear Judge Vargas,

I write on behalf of all Defendants, pursuant to Individual Rules and Practices 3.A, to request leave to file the attached overlength letter motion. *See* Exhibit A. The letter motion, which exceeds this Court's four-page limit by approximately half a page, requests both a stay of discovery and an adjournment of the upcoming Initial Pretrial Conference. Defendants have endeavored to keep the submission as concise as possible, and granting leave would avoid the need for multiple separate filings addressing overlapping issues.

Respectfully submitted,

Joseph Pace